UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 18-10399-DPW

UNITED STATES OF AMERICA

v.

BRIAN WALSHE

**FINAL STATUS REPORT**

July 31, 2019

Boal, M.J.

A Final Status Conference was held before this Court on July 30, 2019, pursuant to the provisions of Local Rule 116.5(c). Based on that conference, this Court enters the following report and order:

1. The parties request that the case be transferred to the District Judge assigned to this case for an initial pretrial conference.

2. The parties have produced all discovery they intend to produce at this time.

3. There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4. The defendant intends to file a motion under Fed. R. Crim. P. 12(b). Any such motion must be filed by September 10, 2019 and the government shall respond within two weeks after the filing of any such motion.

5. Based upon the orders of the court dated November 20, 2018, January 8, 2019, February 12, 2019, April 23, 2019, May 16, 2019, and July 2, 2019, at the time of the Final Status Conference on July 30, 2019, there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried. In addition, this Court has excluded the time until September 10, 2019, which is the deadline for filing dispositive motions.

      / s / Jennifer C. Boal
      JENNIFER C. BOAL
      UNITED STATES MAGISTRATE JUDGE