# EXHIBIT A

Diana Walshe
330 Paradise Road
Unit 1320
Swampscott, Massachusetts 01907

August 26, 2021

The Honorable Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts. 02210

Re:  United States of America v. Brian Walshe
　　　Docket No.  18-cr-10399-DPW

Dear Judge Woodlock:

　　　I am eternally grateful for your consideration to read my letter begging and pleading for your mercy and compassion for my son Brian Reza Walshe.  Your mercy and compassion will have impacts beyond measure on not only Brian's life but my life and the lives of his three sons (Thomas- 5 years, 2 months, William-23 months, Brian-9 months).

　　　My mother, may she rests in peace, advised me that words spoken from my heart would take a direct path to reach the heart of the intended.  Heeding her advice, I write to you from my heart and hope it also compensates for my lack of mastery in English, since most of my formal education in USA were in science and engineering.

　　　Brian showed poor judgment and has accepted responsibility for his behavior.  I know that you have to sentence him in this system but I ask that you not sentence him to jail.  A sentence to jail that you might impose on Brian will have serious impact on me.  *My son is the ONLY reason I get up in the morning.*  He is the *ONLY* person to take care of me and he is always there for me

　　　I am a very private person, leading a hermit like existence for the past few years.  My only living relative with whom I have a relationship, a brother, will be 79 years old this September.  I have not seen my brother in four and half years as he is in poor health and lives in North Carolina. I do not have any friends.  I do not socialize with anyone.  My son and his boys have been the only ones to visit with me for the past four and half years.  They are the only ones that I interact with.  Unfortunately, I do not have a good relationship with my daughter-in-law, perhaps due to cultural differences.  Therefore, my son is the one and only constant in my life, taking care of me and ensuring I have some joy by seeing my grandchildren.

　　　Your Honor, I have had three lung cancer surgeries (2009, 2011 & 2019).  The last one in October 2019 was quite extensive, as I kept pushing out the surgery date to ensure I could be present in court to support Brian, if needed.  I did NOT tell my son I needed the surgery, nor that

Honorable Douglas P. Woodlock　　　　　　　　2　　　　　　　　August 26, 2021

I kept rescheduling it because I knew he would have made sure I give the highest level of priority where my health was concerned.

My surgeon was concerned that pre-cancerous nodules on my lungs keep growing and becoming cancerous. Given my history, I need CAT SCANs every six months and my son is the only one who takes me to my appointments. When I went to an appointment with my doctor on August 6, 2021, I was concerned that I could not walk a few steps up the stairs. I found out the main reason. I have 55% of my lungs left at the moment. I am being closely monitored for status of remaining lung nodules in my lungs. I have not told my son that I have more nodules in my lungs or that I have only 55% of my lung capacity. I do not want him to worry especially if he cannot be here to help me. My next appointment is scheduled for Jan 28, 2022 and I don't know what I will do if my son is not with me.

My son took me to all my appointments for X-ray, CAT SCAN, meetings with my surgeon and my primary physician. My son took great care of me during recovery periods in 2009, 2011 and 2019. The list is long and following are only a handful of examples. In MGH, he would visit at least twice a day and bring cakes for the nurses on different shifts to make me happy. When I was home, every morning he brought me coffee from my favorite coffee shop. He would bring trays of prepared food to my bedroom and would look very sad when I could not eat due to pain and medication. I could not drive for months due to pain medication and he ensured I did not need anything and I could see my grandchildren. He would tell me how much fun he had spending time with his mother.

Christmas 2019, I wanted to stay home, as I was still recovering from my surgery. Brian would not hear of it. He cooked for three days family dishes he believed would make me happy, printed a menu which I have kept, and took me to his home. He did the same for the New Year that year.

My son is always concerned about my well-being and needs. Examples are many. Following are a few that show his kind heart: During the snow storm of 2020, he was at MGH with his wife for the arrival of his third son named after him (Brian, born on Dec 17th). He called from the hospital to let me know he was going to clear the snow from my car. Then he lived in Cohasset. I remember yelling at him and asking if he had lost his mind. Regardless, several hours later he and his wife were in the hallway of my apartment, following CDC guidelines, with the new born. My son wanted to make sure I saw my new grandson for a few minutes even though it was a storm. Even small things matter when it comes to his mother. When he found out the batteries of my TV remote control were dead and I could not watch the cable news, he drove from Cohasset to deliver batteries so I would not have to leave my apartment.

He is always available to take me to my doctors' appointments, even when I keep rescheduling due to physical or mental issues. On August 11, 2021, he insisted to take me to my eye doctor for cataract exams and measurements as I had not been for a long time. Brian had taken me several years ago to Dr. Richter twice for preventative procedures for glaucoma, therefore, he was concerned. His concern was right as the doctor has scheduled me for cataract surgeries for both eyes and Brian is the only one who I have to take me. I have no one else.

Honorable Douglas P. Woodlock　　　　　　　　3　　　　　　　　August 26, 2021

Despite all this, my son always makes sure I do not feel like a burden.

My son brings his children so I can see them for a few minutes in the parking lot, following CDC guidelines. He makes it like an adventure for everyone and always tells me what a great time the kids had seeing their grandmother.

He is always asking if I have food and water in the apartment, or do I need the garbage taken out. During storms, he gets in the car and drives to check on me ensuring my safety.

Above all, he puts up with my neurosis and idiosyncrasies, while he ensures I know I am much loved by him and my grandchildren.

His kindness, compassion and love were extended to his grandparents (my parents), as well. When I was pursuing post graduate degree in chemical engineering, my younger brother got killed in a car accident. His car was side swapped. To prevent hitting a car full of children, he hit the poll and passed away on the scene. My mother tried twice to commit suicide and succeeded the second time years later. She told me when she was alone with Brian, he would kiss her hand and ask her not to be sad. Brian was about four and half years old then. That kind heart remains in him today.

My father died of cancer. We would not leave him alone in the hospital day or night. Nurses at MGH told me they had never seen a 16 year old spend so much time at his grandfather's bedside day, or through the night. To my father, Brian was a replacement for the son he had lost. To my son, my father was the loving male figure he needed and Brian wanted to make sure his grandfather was never alone.

He loves his wife very much and was concerned when his mother-in-law lost her husband of 47 years in Serbia. She came for visit in 2020 and 2021. Understandably, she was very depressed and also not in good health. Brian made sure she felt welcomed, cooked and served all her meals meeting her dietary requirements. She had said no-one had ever cooked for her before and she had the best son-in-law.

Where his children are concerned, he is the most amazing father. It has been said "Paradise lies under the feet of Mothers." If there are fathers as completely devoted, loving, kind and caring as my son, then paradise lies under the feet of such fathers as well. My son can take the credit for being an amazing father all by himself. Despite all issues in his upbringing, Brian *has been able to raise happy children.* He is always playing with his children, communicating with them by starting his sentences with please, reminding them to be grateful by saying thank you and saying sorry when needed.

My eldest grandson, Thomas, would only call for his Daddy when he stayed with me for a few days prior to moving to their new home. This should simply indicate who was and is his main caregiver. Thomas was born early by three weeks. There were concerns as he was late to start walking. His father took him to all evaluation sessions, followed the exercise routines with his son on a daily basis. Thomas rather than walking, started to run so fast that only his Daddy

could keep up with him. Thomas needs to work on his annunciation. Brian was given direction to correct him, read books to him and Thomas is doing much better. Thomas is attached to his father *beyond measure*. He is very bright, sensitive, kind, fearless and handsome. Thomas reminds me of his father when he was his age.

Brian is the main caregiver for all his three sons. He cooks, shops, cleans, plays, communicates boundaries, and reads bed time stories. My son is the one who ensures I get the latest updates about my grandsons, get to see them and speak or hear their voices on the phone. If it were not for him, my relationship with my grandsons would come to a halt.

Brian is very remorseful for his conduct and for the harm and pain he caused. Since his arrest, Brian has worked very hard to transform. I have absolutely no doubt that he will never break the law again for the rest of his life. Brian understands that financial restitution is a must to repay for his conduct. He is working very hard towards that goal and will not rest until it is repaid.

Perhaps the greatest indicator for true remorse is the extent of one's transformation. Brian has made great stride in that space. Brian has volunteered to work for good causes towards preserving human dignity and to become a role model his children deserve. He attended Boston Breakthrough Academy (BBA) leadership development programs beginning in January 2020 and has volunteered to help non-profit organizations such as Lovin' Spoonfuls Food Rescue-Boston, Yes We Care, Torch Foundation, Habitat for Humanity, Refugee Support USCRI, Ocean Conservancy, Cancer Treatment and the Ashton Langford Basketball Academy.

My son is also fully aware of the impact of his action on others, namely his sons and his mother. He will NEVER put us through such trauma again. When my daughter-in-law told me Brian was arrested, my entire system went into a shock. I was not able to hold in a sip of water, while he was in jail. I ended up needing to see a psychiatrist, Dr. Donna B. Greenberg at MGH. Watching my grandson constantly asking and looking for his father was unbearable. Thomas was 22 months when his father was arrested. He regressed where his vocabulary was concerned and he was visibly anxious when his father was out of his sight.

My mother would always tell me every page of the book I read, was another door of heaven that would open up to me. It was expected of me to get perfect score on all my exams. One late night, as I was studying, I asked God for the perfect score. My mother heard me and said that I was going to get the perfect score on my own. If I was going to ask God for anything, it should be something I could not manage on my own, something big. And to ensure God would grant my prayers, I must pray for others as well. Your honor, heeding my mother's advice, I beg and plead for your compassion and mercy for my son and all those who come to your court looking for mercy, as you see fit.

Respectfully,

*Diana Walshe*

Diana Walshe

Honorable Douglas P. Woodlock                                5                                August 26, 2021