EXHIBIT J

08.06.2021

The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210


Zachary Broomfield
19 Fellsway East
Malden, MA 02148
978.808.6679
zac@capitallettersconsulting.com


Dear Judge Woodlock,

My name is Zachary Broomfield. I am a performance coach and co-founder of LETS, a team-building company, with Brian.

I have known Brian since January of 2020. We met while participating in a social-emotional leadership training in Boston. Since that experience, Brian and I started a company together and speak every morning at 7:30 am, without fail.

Brian and I come from different professional backgrounds, him from financial services, and I from nonprofit management. I've encountered a variety of heart-centered staff and donors—people who believe strongly in the growth and opportunities of others—never have I met someone with the dedication, generosity, curiosity, and passion that Brian has for the people and causes he supports.

One example, among many, is the Torch Foundation, a two-day social-emotional workshop for underserved teenagers. Brian not only raised tens of thousands of dollars and donated thousands as well - which, by any standard, in the nonprofit world is applaudable - Brian also committed himself to volunteer as a coach. I recall an experience where Brian, prompted by the trainer, role-played as a father figure to the teens in the program. The request was that he speaks to the teens as their estranged father and express his care for them. Brian is not an actor, nor is he fond of the spotlight, but he ventured beyond his comfort zone and what happened next forever changed my perception of Brian. I already cared deeply for Brian at this time. I knew some of his childhood challenges, experiences with his father, how he was raised, and understood how, as a father of two beautiful boys at the time, this request was a stretch. Brian spoke to the room full of youth as if they were his own. Within the first few sentences, Brian was choking back emotion in his expression of love for who these children are, what they are capable of, and how proud he was of them. Soon, the emotion was more than Brian could restrain, and he wept with the teens who felt his

genuine love, and they too got emotional, as did the other members of the volunteer staff.

So moved by the experience, Brian and I teamed up to launch our Leaders in Committed Action program for an organization in Worcester, MA, Yes We Care. Using our disparate skills, Brian raised $75,000 to support the organization through losses during the pandemic, while I graduated 11 youth from a 12-week leadership academy. The examples go on and on; from helping those with food and housing insecurity to ocean clean-ups and youth development, Brian is a beacon of support to a world in need of bright lights.

As business partners, Brian thought it prudent to share his legal situation with me a little more than a year ago from the draft of this letter. The leadership program we participated in together impacts people in such a way that it is common to use the training as a pivotal experience in describing who we are and how we show up in the world. Brian detailed his involvement with tremendous self-awareness and remorse, using phrases like, *'before the training I....'* And, *'since the training, I now would have....'* Suffice to say, the man I know would not act the same way again—it certainly doesn't speak to the man I know Brian to be. Brian speaks of that time with both regret and personal growth. He recognizes the err of his decisions and works tirelessly to live by his values, virtues and make up for the previous indiscretions. In my experience, Brian, father of Thomas, William, and Brian Jr., husband of Ana, friend and business partner to myself and many others, is a different man than the one who stands responsible for the improprieties of the past.

During the time I've known Brian, we've spent countless hours together. He is an invaluable part of my ecosystem as a friend, partner, mentor, and confidant. My respect for Brian is immense, and these words only scratch the surface of the admiration and appreciation that I feel for the man.

Should there be any need for follow up, I am available, and stand by Brian's side through the remainder of this process and beyond.


Sincerely and with gratitude,

Zachary Broomfield