EXHIBIT L

08/07/2021

The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Milanka Ljubicic
Lomina 30
11 000 Belgrade, Serbia
+381 11 64 574 2665
matsavota@gmail.com

Dear Judge Woodlock,

My name is Milanka Ljubicic. I am Ana's mother and Brian's mother-in-law. I live in Belgrade, Serbia. I know about my son's legal troubles and I know that these actions are completely opposite of whom he is as a person.

I do not speak or write English. My daughter will translate this letter for me. Even though we don't speak the same language or share the same culture, I know we understand what justice is. I raised 2 daughters during a war and genocide. I have seen evil first hand. I have seen acts of kindness and courage in the face of evil as well. I tell you now, Brian's face is that of goodness. Even though we don't speak, we communicate regularly. He has treated me better than most members of my family, he has included me in his family, making sure that I have unlimited access to my grandchildren. I suffer from diabetes. I know having me at the house is a great deal of work for Brian. He cooks all of my meals, includes me in play time with my grandchildren and makes sure that I have all my medicines.

I have only seen Brian taking his leadership courses, caring for his family, working or raising money for others in the past 2 years. Sometimes he falls asleep on the couch, and Ana and I try to keep the boys from jumping on him. His sons love him so much. He is always there for his boys, which is an experience I have rarely seen from fathers in my country. I spend 6 months a year with Brian, Ana and my grandchildren. Brian

is ever-present for his family and for all of us. I would like to share with you one instant that symbolizes who Brian is as a person. In January of 2019 my husband fell on the street and suffered a massive heart attack. He had to be resuscitated, and came back to life without knowing how long he had left to live. As soon as Brian learned about what had happened, he immediately booked a flight for Ana, fearing that he would pass before Ana got a chance to see him. He could not travel at the time, however, within 24 house Ana arrived in Belgrade and was able to see her father, tell him that she loved him and say a proper goodbye. During this time, Brian looked after their son Thomas. This is just one example of Brian's kindness. He is intuitive and often knows what I need or want before I do. No matter the circumstances, Brian makes us all feel safe and creates happiness even in difficult times. Brian always brings the feeling of safety to me. I value this feeling because living through the history of former Yugoslavia, my family always lived in fear.

I know you are seeing Brian at his worst moment. I know the government wishes to punish him. Please don't take Brian away from us. He makes a positive impact everyday to this world in all of his actions. When you take him away, the only people that will suffer are the innocent. I come from a country without forgiveness. I come from a country that has no reservations in hurting the innocent. It's not an easy place to live. I am hopeful that my family lives in a different place.

Thank you in advance.

Sincerely,

Milanka Ljubicic