EXHIBIT M

09/07/2021

The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210


Ana Walshe
725 Jerusalem Road
Cohasset, MA 02025
617.599.7966
anawalshe@gmail.com


Dear Judge Woodlock,

My name is Ana Walshe. I am the Director of Operations for The Mutlu Group at eXp Realty in greater Boston area. I am Brian Walshe's wife and the mother of our three sons, Thomas, William and baby Brian.

Brian and I met back in 2008 when I worked at the Wheatleigh Hotel in Lenox, MA. It was love at first sight for me and I feel the same way about Brian to this day. We tried a long distance relationship for a few years, until I moved permanently to Boston in 2015. We got engaged and married the same year, and the following year we welcomed our first son Thomas.

When I met Brian, I witnessed his kindness and generosity on many occasions, however, I also saw the level of suffering in his life. He was afraid of relationships and for years did not allow anyone to get close to him, including me. He was clearly in doubt that he could be loved for who he truly was. Brian has been deeply affected by his childhood and relationship with his parents. He was taught to lie and hide. He was told that he was a loser, that his parents should have not had him, that he had no chances of making anything of himself in life, and that he was a lost cause. A deep feeling of shame governed his life. This trauma has been ever-present in Brian's life, brought deep sadness for years and was the determining factor of how he showed up for himself and others in the past.

Shortly after having delivered our second son William in October of 2019, I went through the experiential emotional intelligence leadership program at Boston Breakthrough Academy. I experienced the transformation first hand, and all I thought about was how supportive this program would be for Brian. Going through the experience of getting to know himself and what he was made of, how his experiences have crafted the person he had become, I had a vision of what he could do with all that awareness for the benefit of himself and others.

Brian has always yearned to be the best version of himself and this was a true opportunity for self-discovery. During this program, he established what integrity was all about, as well as accountability, responsibility and clear communication. He learned how important it was to love yourself first and how much more you have to offer to the world when so. This was a safe environment where he was able to share and listen to others. He established self-worth and felt truly supported with no judgement. For years he planned on getting involved with the community work. The Boston Breakthrough community not only supported Brian in his transformation, but also nurtured his passion for contribution and inspired him to introduce his class to an organization called Lovin' Spoonfuls, which he lead into raising over $180,000 to help provide 500,000 meals during the pandemic where food insecurity in the country had reached record levels. And not just that, thanks to these efforts, Lovin' Spoonfuls were also able to acquire another truck and improve efficiencies of rescuing food overall. And this is only one of the organizations and causes he has supported since then. Brian's vision is to be in contribution in any way he can, even with smaller gestures, such as lending a helping hand to a person at 7 Eleven who did not have sufficient funds to afford a banana and a bottle of water. I am deeply touched that Brian fought so hard for himself and that he found his true calling.

Brian is my the love of my love, my life partner, best friend and the father of our three children. We share responsibilities around our household and our children. The boys love spending time with Brian. When he tells Tom that he is going to step away to run an errand, Tom immediately asks him when he would be back. Tom always says:"Why were you gone for such a long time?" Our middle son William immediately starts crying when he sees his father going down the stairs and towards the front door. The youngest one, baby Brian, at almost 9 months old now mimics his older brother William and cries as well. Our three sons are constantly hanging off Brian's neck and they just can't get enough of him. Brian is very loving, nurturing and patient with them, and understands from personal experience the impact that a father has on his children.

Being the cook of the family, our sons often request Brian's special pasta dish which they love, or his French Toast. My mother comes to visit us from Serbia once per year. She is diabetic and has a very specific dietary requirements. Brian prepares special meals for her, which include a lot of soups and other vegetable dishes. He does the same for his mother, and supports her with all of her medical appointments, groceries, etc.

Brian fully supports me with my work. I often have late evening commitments and I work on most weekends as well. Without Brian, I would be forced to quit my job which I love.

Brian has a big heart and he is impacting everyone around him in ways that will surpass the present moment. He has been a leader to our family and an inspiration to all he comes into contact with. I am in awe of his transformation and so happy to see him living a fulfilled life.

Brian has expressed to me on many occasions his regret for his past actions. He said that the pain and sadness that come with the thought of how much hurt he caused to others in this legal situation is often not only overwhelming, but rather unbearable. He is committed to sharing vulnerably how his actions have impacted others and offering support to others to not make the same mistakes. His purpose is to be an example of servant leadership and inspiration.

In closing, Your Honor, I want to thank you in advance for the decision you are about to make. I wish to acknowledge you for your wisdom and commitment.

Please kindly contact me directly should you have any questions or if I may be of further support.

Sincerely,

*[signature]*

Ana Walshe