To the Honorable Douglas P. Woodlock,

It's been nearly 5 years since Brian Walshe set the trap in which people like myself and others would fall victim of.  Some apparently to blatant deception, and others like myself to a "bait and switch".  Of the hundreds of purchases I've made over the last 10 years, most from the owners directly, there was only one person who successfully conned me.  Brian Walshe craftily offered me authentic artworks but delivered forgeries.  The authentic works were verified with the estate and we did all necessary due diligence.  Mr Walshe also seemed to be a likable guy, genuine in communication, and quite accommodating - a skill of a successful con-man.  He was vocal of his generational wealth and his family's successes.  He had the address of a multimillion dollar home on his drivers license to back it up.  Unfortunately for Walshe, and thankfully for the law enforcement and the judicial system, criminals get caught.  I sincerely want to thank the FBI, the prosecution team, and you Your Honor,  for all of your dedication and perseverance throughout this ordeal.  Sincerely, [Victim 1]