September 3th, 2021
Saint-Ouen (93400), France,

93400 Saint-Ouen
France

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court
One Courthouse Way
Boston, MA 02110

Your Honor,

My name is [Victim 3]    I'm French and turning 35 this month. My wife, my son (5-year-old), my daughter (1-year-old) and I are currently living in Saint Ouen, suburbs of Paris.

I'am writing to you regarding the case versus Mr. Brian Walshe.

In October 2015, the Musée d'Art Moderne de la Ville de Paris organized a remarkable exhibition of Andy Warhol (1928-1987) showing the striking series of 102 silkscreened canvases called *Shadows.*

A couple of weeks after the Opening, I had the opportunity to meet Mr. Brian Walshe who came to my office in Paris and offer me two works made by Andy Warhol.

The works also belonged to the *Shadow* series and were carefully framed. Thus, the back of the painting remained invisible and unattainable without the thorough expertise of a professional conservator.

Mr. Brian Walshe immediately reassured me about their veracity and the origin of their provenance. He mentioned some letters from the Andy Warhol Foundation attesting that the works were authentic and the previous invoices tracing precisely the prestigious provenance.

After carefully conducting the whole due diligence process, it appears that the authenticity of the works became unquestionable.
No one at that time could have contested it.

As I was paying attention to the strong financial value of these works, I realized they were also a profitable and stable investment.
That's the reason why I advised my father to acquire these works only for financial purposes. Since my father was looking for a way to accumulate some retirement savings, he trusted me and agreed to buy the two *Shadows* paintings for $145,000. He used almost all of his savings in this transaction with Mr. Brain Walshe.

Then, in February 2020, while travelling to Los Angeles, I've been approached by 2 FBI Agents when I was leaving the Airport. They took the time to explain me that the works that my father bought a couple of years ago to Mr. Brian Walshe were forged.

My father and I are now a victim to the scam of Mr. Brian Walshe who deliberately sold us fake works by Andy Warhol.

Today, this dramatic financial situation also matches our disastrous personal situation as I'm

fully responsible for the financial situation he faces. My 63-year-old father has no other choice but to put back his retirement age for another 10 years since his hard-earned savings are now in tatters.

Since then, I've been trying the best I could to assist my faster and refund the capital he lost. However, my financial instability and my current family situation prevent me from fully shouldering the responsibility of Brian Walshe' scam. Even if I was able to repay to my father $1,000 every month,
I'd need at least 12 years to return the entire amount that Mr. Brian Walshe stole.
As of now, my father is still resentful and we don't talk anymore.

In compensation for my material damage, I am asking for the sum of 145,000 USD which corresponds to the amount that Mr. Brain Walshe defrauded us. I sincerely hope that this restitution will allow my father to  fairly benefit from his full working life.
I deeply wish he will be able to forgive me.

I also wanted to extend my sincere apologies for not being able to attend the sentencing and sincerely thank you for your attention.

Respectuffy yours.