# GALFUND
# FAMILY DENTISTRY

11 Broad Steet
Norwood, NJ 07648
Tel: 201.768.5697
Fax: 201.768.6977
drgalfund@galfunddentistry.com
www.galfunddentistry.com

**Matthew Galfund, DDS**

*docket in*
*18cr10399*

September 13, 2021

To: The Honorable Judge Douglas P Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA. 02210

Dear Judge Woodlock;

    It is my privilege to be able to write a letter on Brian Walshe's behalf. My name is Matthew Galfund and I am a dentist and owner of Northern Valley Family Dentistry in Norwood, New Jersey for the last 22 years.

    I met Brian in an emotional transformation and leadership program run by the Boston Breakthrough Academy in January of 2020. In this program we were placed into various life situations that allowed us to see how we responded which allowed us to learn about ourselves and to learn about one another in very significant and personal ways over a six-month period.

    I connected with Brian early on in the training. I was drawn to his authentic openness and kind manner. As I got to know Brian on a personal level it was clear this was a person that I would want our friendship to go beyond our training program. On a break during one our training weekends, a group of us went to a coffee shop. I was talking to a couple of customers that were first year medical students as was my son. Brian had noticed me talking with them and came to me to acknowledge my ability to be open and to socialize with people I did not know. It was a small observation but it had an impact on me. Brian's openness and honesty was heartwarming to me. He is a person that being around makes you feel good.

    In the leadership portion of the training Brian's organizational and motivational abilities helped him shine. He connected with a local food bank (Lovin' Spoonfuls) and spearheaded a drive to raise funds for this organization. He simultaneously handled the business end of this relationship as well as helping motivate 30 of us to raise funds for Lovin' Spoonfuls. Brian himself enrolled many people to donate to this worthy cause. On a personal level, I had my struggles during the leadership part of training. While Brian had many responsibilities in heading the fundraising activity, he would always make time for myself and others who weren't as adept in securing donations and would offer his help to support us. This true caring of others is something that will always stay with me about Brian's friendship and his character as a person.

# GALFUND
## FAMILY DENTISTRY

11 Broad Steet
Norwood, NJ 07648
Tel: 201.768.5697
Fax: 201.768.6977
drgalfund@galfunddentistry.com
www.galfunddentistry.com

**Matthew Galfund, DDS**

Brian's leaderships and support of us attempting to enroll people to donate to this in this fundraising campaign immeasurably helped us to be able to feed 500,000 meals to people with food insecurities during the COVID pandemic! Brian built on this being at service to the community with running other charity projects as I'm sure others have noted.

Brian has made me aware of his legal situation. While I obviously cannot comment on the details of what may or may not have occurred, it is hard for me to imagine Brian not conducting himself with the highest of integrity and completing his transactions in excellence.

Sincerely,

*[signature]*

Matthew Galfund