UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   )
                            )
                            )
                            )   Criminal No. 18-CR-10399 - DPW
v.                          )
                            )
                            )
BRIAN R. WALSHE,            )
         Defendant          )
                            )

## LETTERS IN SUPPORT OF BRIAN WALSHE

Defendant Brian Walshe submits the following attached letters in connection with his sentencing on October 6, 2021:

1. Letter from David Magone;
2. Letter from Kristen W. Girrell;
3. Letter from Richard E. Weber Jr.;
4. Letter from Nenad Nikolovski;
5. Letter from Matthew Galfund;
6. Letter from Elizabeta Jovicic;
7. Letter from Alicia Strunk;
8. Letter from Vanessa Iten; and
9. Anne-Cecile Curot

Counsel received these letters after the filing of the Sentencing Memorandum on September 10, 2021.

Dated: October 5, 2021

Respectfully submitted,

BRIAN R. WALSHE

By his attorneys,

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
tminer@msdefenders.com

Samuel Goldberg (BBO No. 549248)
Law Offices of Samuel Goldberg
120 Washington Street, Office 100A
Salem, MA 01970

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the government on October 5, 2021.

/s/ Tracy A. Miner
Tracy A. Miner

To: The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Fr: David Magone
244 Fulton Street
Medford MA 02155
617-230-3670
davidmagone@gmail.com

Re: Brian Walshe

Dear Judge Woodlock,

My name is David Magone, and I serve as the Program Director for Restorative Yoga and Meditation at Down Under Yoga in Boston.

I originally met Brian Walshe over ten years ago while teaching yoga and meditation classes in downtown Boston. At that time, Brian was a regular attendee at my classes. While chatting after class, we quickly discovered a shared interest in yoga, self-improvement and cultural experiences.

When I met Brian, he very much seemed to be a man in transition. At the time of our meeting, he had spent many years in the fast-paced business world, and I was initially surprised to discover that he had decided to engage in yoga at all. My classes in particular tend to emphasize a combination of Buddhist philosophy, active movement and guided meditations designed to enhance empathy, compassion for others, and a calm mind. Many of the philosophical principles that I spoke about in class stood in stark contrast to the world-view that Brian had built his business upon and we had a number of lively discussions regarding the differences in our perspectives.

After some months of speaking with Brian after class, he and I began having occasional dinners with a fellow friend and local restaurateur. During one of the dinners, our differences came to the forefront. Brian was incredibly rude to one of the wait-staff, and I questioned whether or not I wanted to continue our friendship. I shared my discomfort with him and fully expected us to part ways as a result.

To Brian's credit, he fully owned up to his mistake, and actively worked on his behavior. While I fully expected him to toe the line for a short while before regressing to old patterns, he surprised me by doing quite the opposite. He immediately corrected course, and held the line. Since then, he and I have met dozens of times in a number of different social settings for over a

decade, and he's never failed to be anything less than kind and considerate to all that we've encountered.

Since then, Brian has reformed many additional aspects of his life as well. He's become one of the most devoted family men that I've met, regularly dedicates his considerable skills to altruistic activities that enhance the well-being of others, and has become a highly successful fundraiser for a number of different organizations in the Boston community.

I've been involved in wellness and personal transformation for over twenty years. During that time, I've had the pleasure of meeting thousands of unique individuals from all walks of life. Many of these students have attempted to create meaningful changes in their lives, but few have transformed to the degree that Brian has. He has without a doubt made mistakes. However, he has also proven that he has the capacity to change course. Indeed, through his numerous contributions to the citizens of Boston, he has demonstrated over his value as a member of our community. I hope very much that you take this into account as you move forward with your decision.

Regards,

*David Magone*

dotloop verified
09/30/21 10:57 PM EDT
DLKV-403L-0CQF-NA3J

David Magone



Innerworks Consulting
One Meadowbrook Drive
Andover, MA 01810

To Whom It May Concern
RE: Brian Walshe

Dear folks,
Thought I have only known Brian Walshe for a little more than a year, I feel I have had sufficient time to observe and formulate an opinion on his character; the purpose of this letter.

Brian is a great communicator to begin with. He is clear and articulate in presentations and is attentive to comments and feedback from his audiences. On several occasions I have had the fortune of hearing Brian present on topics around his firm and their business. I find that he combines both clear intent while not overly skimping on the content of his message.

Brian is also a man of compassion. He cares deeply for his clients and for causes that focus on the betterment of peoples and societies. Over the past year I have seen Brian champion causes that benefit homeless populations and patients dealing with cancer. He is enrolling and passionate about these causes and it is clear to all that his drive is his love and compassion for others.

But above all, my experience of Brian is that he is a man of integrity. He is honest and transparent and always speaks to his purpose and intent when communicating. Brian is a man of his word and my experience is that when he commits to something – whether a deliverable or simply returning a call in a timely manner – he can be counted on to do as he says. I have had several in-depth conversations with Brian over the time I have come to know him and he has always been forthcoming and honest in each encounter. I unconditionally trust Brian and would hire him and his colleagues to get the job done. Though still polishing his skills, Brian is an excellent coach of others, both listening well and synthesizing the themes and directions his clients need to pursue.

In short, I recommend Brian Walshe unconditionally and would happily speak on his behalf if asked.

Sincerely,

*Kristen W Girrell*

dotloop verified
10/04/21 3:06 PM EDT
O285-KUIX-XKCH-DIIT

Kristen W Girrell
President
Innerworks Consulting, LLC
617-548-0297

Richard E. Weber Jr.
103 Plymouth Rd.
Hillsdale, NJ 07642
(201) 937-9141, rickweber54@gmail.com

Oct. 4, 2021

The Honorable Judge Douglass P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Brian Walshe

Dear Judge Woodlock,

I am 69 years old and a small business owner living and working in New Jersey, and I have been a friend of Brian's since 2019, having met him in Boston during a leadership training course. When I first came to know him, and as I got to know him better, my impression of Brian was of a kind, fair and authentic person who genuinely cared about the effect of any decisions we made as a team during our training, their reflection on all individual's rights and sensitivities and the overall goals within the group. When it came time to vote on who should be our team leader for our community service project Brian was a natural and was elected smoothy by all.

During our team's training period, Brian was able to create an effective organization which ultimately raised over $180,000 for a local food charity called 'Lovin' Spoonfuls'. He was able to gain corporate cooperation which effectively promised to donate a dollar-for-dollar contribution as well. During this period Brian not only led our fund-raiser, but got involved personally in packing up food for distribution in the greater Boston area, and delivering to people who were unable to get out of their houses.

What inspired us all during this period was Brian's obvious empathy with those in need and his willingness to contribute both time and money to help those in need. (It should be noted that this was done during the beginning of the Covid Pandemic in 2020, when such charitable donations were needed and the ability to solicit contributions, both personal and corporate was diminished due to economic insecurity.)

Since then, and on his own or in conjunction with other groups, Brian has raised money for different charitable organizations as follows:
- $75,000 for 'Yes We Care'
- $40,000 for a cancer treatment center
- $40,000 for the 'Habitat for Humanity'
- $40,000 for the 'Ocean Conservancy'
- $75,000 for refugee support

Brian continues in his profession as an international tax consultant and is also partner in a company whose mission is both corporate and personal coaching. He is a family man of good standing in his community. I know his wife Ana and their 3 young sons, and they all adore him! In fact, when he called me to request this personal reference letter, I was surprised to hear of Brian's legal issue, as it seemed so out of character with my impression of him. He did express deep regret for his actions, not trying to minimize in any way.

I respect Brian as a man, as a leader and feel that he is an asset to his community in many ways, in short, we need more people like Brian Walshe.

Sincerely,

Richard. E. Weber

10/03/2021

Honorable Judge Douglas Woodlock
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Woodlock,

My name is Nenad Nikolovski. I teach music to toddlers in Belgrade, Serbia and I am a childhood friend of Ana Walshe.

I met Brian Walshe for the first time in 2012 through his wife Ana.

Over the past nine years, I have got to know Brian very well. Even though we have only met in person a few times and speak occasionally on the phone, I have come to know Brian Walshe as a fun, loving, positive and trustworthy individual.

I only learned about Brian's legal troubles today. My father passed away last week. Ana and Brian reached out to offer their sympathies, and Brian spent over an hour on the phone with me comforting me through my loss. Through the entire time no different than the last nine years, Brian was giving to me, and asking for nothing in return. Giving with his time, emotion and love.

As I was saying goodbye to Ana on the phone, I said to hope to be able to one day reciprocate Brian's kindness. She then told me about Brian's legal difficulties in The United States. I asked to speak to Brian directly about it before hanging up. Brian told me what occurred and said that he didn't initiate a conversation about it sooner, because he did not want to remove my focus from

my family. When I asked how I could help, he said that writing a character letter would make a difference. I immediately told him it would be my honor to do so.

Brian has told me in detail the events that have lead him to this legal trouble. He took accountability for his actions and he clearly communicated his shame and remorse over these events.

Please allow me to serve as a witness of Brian's character. He is a kind and trustworthy individual who puts others first. Please excuse my English and thank you for your consideration.

Respectfully,

*Nenad Nikolovski*

dotloop verified
10/04/21 12:09 AM EDT
2HVK-0EMI-RDOG-QD9U

Nenad Nikolovski

The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dr. Matthew Galfund
11 Broad Street
Norwood, NJ 07648
201.248.4429
mgalfu@aol.com

Dear Judge Woodlock,

It is my privilege to be able to write a letter on Brian Walshe's behalf. My name is Matthew Galfund and I am a dentist and owner of Northern Valley Family Dentistry in Norwood, New Jersey for the last 22 years.

I met Brian in an emotional transformation and leadership program run by the Boston Breakthrough Academy in January of 2020. In this program we were placed into various life situations that allowed us to see how we responded which allowed us to learn about ourselves and to learn about one another in very significant and personal ways over a six month period.

I connected with Brian early on in the training. I was drawn to his authentic openness and kind manner. As I got to know Brian on a personal level it was clear this was a person that I would want our friendship to go beyond our training program. On a break during one our training weekends, a group of us went to a coffee shop. I was talking to a couple of customers that were first year medical students as was my son. Brian had noticed me talking with them and came to me to acknowledge my ability to be open and to socialize with people I did not know. It was a small observation but it had an impact on me. Brian's openness and honesty was heartwarming to me. He is a person that being around makes you feel good.

In the leadership portion of the training Brian's organizational and motivational abilities helped him shine. He connected with a local food bank (Lovin' Spoonfuls) and spearheaded a drive to raise funds for this organization. He simultaneously handled

the business end of this relationship as well as helping motivate 30 of us to raise funds for Lovin' Spoonfuls. Brian himself enrolled many people to donate to this worthy cause. On a personal level, I had my struggles during the leadership part of training. While Brian had many responsibilities in heading the fundraising activity, he would always make time for myself and others who weren't as adept in securing donations and would offer his help to support us. This true caring of others is something that will always stay with me about Brian's friendship and his character as a person.

Brian's leaderships and support of us attempting to enroll people to donate to this in this fundraising campaign immeasurably helped us to be able to feed 500,000 meals to people with food insecurities during the COVID pandemic! Brian built on this being at service to the community with running other charity projects as I'm sure others have noted.

Brian has made me aware of his legal situation. While I obviously cannot comment on the details of what may or may not have occurred, it is hard for me to imagine Brian not conducting himself with the highest of integrity and completing his transactions in excellence.

Sincerely,

*Dr. Matthew Galfund*  dotloop verified
10/03/21 6:28 PM EDT
HMVX-HUGM-YBAC-GNMC

Dr. Matthew Galfund

10/02/2021

Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Honorable Judge Woodlock,

My name is Elizabeta Jovicic, and I am Ana Walshe's cousin and Brian Walshe's cousin-in-law. I live in Mladenovac, Republic of Serbia, and I teach children with mental and physical disabilities between ages six and ten.

I have known of Brian from Ana for years, however, I have met him for the first time in person in Serbia over five years ago. I am aware of Brian's legal problems in The United States. I wish to contribute by sharing my personal experiences with Brian.

Brian has only been kind, honest, thoughtful and caring towards me and my entire family. It is hard to believe that he would have any trouble with the government, however, I understand that even good people sometimes make mistakes.

I come from a country where we are taught to not trust anyone. Brian has helped me understand that without trust happiness is hard to come by.

During the five years I have known Brian, he has only built trust with me and has never disappointed me. I have many examples of his kind heart. I would like to share a couple:

During a visit to Belgrade, Brian took us to a restaurant for lunch. The waitress made a mistake on the bill and charged us much less than she was supposed to. Brian noticed it and corrected it, but he didn't have to. I have never seen anyone not take advantage of a mistake in their favor before.

Brian also advised me during the sale of my house, after months passed and house was not selling. Brian organized a personal loan from Ana's mother Milanka for renovation of the house, which would promote the sale. Milanka loaned me the money solely on Brian's word that the house would sell and that I would be able to pay the amount back. He further consulted me on how to market the house, and indeed, it was sold in no time. Milanka has spent a great deal of time with Brian in The United States in

the past two years. She knows Brian very well and always says that Brian won't let anyone down.

Thank you for reading the letter. Please know that Brian is helping people all around the world. If possible, please allow him to continue.

With respect,

*Elizabeta Jovicic*

dotloop verified
10/02/21 10:17 PM EDT
TPVF-BHMB-9VBE-WIBU

Elizabeta Jovicic

Alicia Strunk
46 Lawson Farm Rd
Londonderry, NH 03053
603-548-2015
alicia@letswecan.com

The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Woodlock,

I am honored to be sharing my experience of Brian with you, as I stand firmly behind my belief that when more people in the world stand up for humanity and commit to creating an impact in the world around us, like Brian does, than we are another step closer to creating a world of peace, integrity, and unity. As you read these letters, please see the man, father, husband, and stand for society that this man inevitably is. There are very few people as selfless as Brian. You will not find a more loving, generous & inspirational stand for society.

I am Alicia Strunk, and I am writing this letter of honor for Brian Walshe. Brian and I met in an emotional intelligence and leadership course in January of 2020 and have been intertwined in many areas of life since.

To give a little background context of the space in which we met, which speaks volumes into the man he is, begins with explaining what purpose of the training we met in. Boston Breakthrough Academy trainings are designed to land the distinction of leadership through experiential exercises, such that one can see their blindspots, and take ownership and responsibility of how we show up in the world and be in relationship with the areas in our life that aren't working for us or the world around us, and owning our responsibility to shift into what serves the greater good. You know the saying "hindsight is 20/20 ", well, the purpose of this leadership training is to see 20/20 before hindsight happens, so the choices we make are intentional instead of detrimental to ourselves and those around us.

He is the man who walks towards the fire to put it out, and he leaves no one behind. This is the man who lead our leadership team to create the greatest impact possible Because of Brian Walshe, $180,000 was raised in 2 months for Lovin' Spoonfuls, a food rescue and hunger relief organization, and in the kickoff of the pandemic when fear was riddled throughout the entire world. Because of Brian, more than 265,500 meals were provided to those with food insecurities, and over 265 tons of food that would have otherwise been thrown away, was rescued. Because of Brian Walshe, the possibility was created to complete the purchase of 2 extra trucks to distribute this food, which would have otherwise been delayed.

Here is what this organization had to say about our leadership class, and had it not been for Brian, none of these results would have been created:

"We are extremely grateful to Boston Breakthrough Academy and their B3 class for their incredible generosity through their giving efforts to Lovin' Spoonfuls. While the COVID-19 pandemic has disrupted the fundraising and events landscape, our corporate donors challenged us to find individuals throughout our community to support our mission. The students of BBA's B3 class made this challenge possible for us, bringing more than 1,485 individual donors into relationship with our mission," said Ashley Stanley, CEO of Lovin' Spoonfuls.

And that was only the beginning. He also empowered myself and countless others to contribute to the following results:

Charitable Contributions:
• $180,000 raised for Lovin' Spoonfuls to feed those hungry during COVID19
• $15,000 raised for the Torch Foundation, an inner city teen leadership program
• $10,000 raised to facilitate a Transformation of Race training for 255 individuals following the death of George Floyd
• Pounds of goods donated outside of Loving Spoonfuls

Here's the thing, taking a man of this level of contribution and impact out of society, will be detrimental to society. He is the permission for others to get creative and go out of their way to empower others in unity to be the change in the world. Even if you mess up, he is the permission to own our mistakes and once we know better, do better. Everyone deserves to be forgiven after a demonstration of human error in life, and the difference between Brian and your average person, is once he finds a blind spot of his, an area of himself that is not in alignment with his vision for this world, he corrects it. Intention matters, and I know Brian did not intend to harm anyone with his choices, and when those choices came back to bite him, he woke up and chose to embark onto intense personal development, so he could be the best version of himself, instead of the man who made the mistake that got him in this position.

I am here to inform you of how essential Brian is to the general health and well-being of society; through his admirable character of responsibility, contribution, and empowering others to take a stand with him and be the change in mediocrity. The world is a better place because Brian Walshe is in it and in constant contribution to it.

I powerfully ask you to consider that when people mess up, and when they show remorse for their wrongful actions done to others, you show forgiveness, because that is what creates healing in society.

Sincerely,

*Alicia Strunk*

dotloop verified
10/01/21 5:35 PM EDT
4FO1-YHMC-QMHA-L3PD

Alicia Strunk

September 30, 2021

TO:    The Honorable Judge Douglas P. Woodlock
Senior Judge of the United State District Court for the District of Massachusetts 1 Courthouse Way
Boston, MA 02210

FR:    Vanessa Iten
109 Gerry Road
Chestnut Hill, MA 02467
952-381-4955
vanessa.iten7@gmail.com

RE: Brian Walshe

Dear Judge Woodlock,

My name is Vanessa Iten. I am an Operations Coordinator with The Mutlu Group, a Real Estate group in Boston, MA. I have had the great pleasure of knowing this beautiful family since October of 2019. I currently work with Brian's lovely wife Ms. Ana Walshe, but previously met the Walshe family at an Emotional Intelligence and Leadership training.

I had the honor of coaching Brian during a 4-month training course called Boston Breakthrough Academy (BBA). BBA is an Emotional Intelligence and Leadership training that supports individuals to discover their blind spots, break through what is holding them back and use this knowledge to support them in growing themselves. Brian took this training in January of 2020 and throughout this process I got to witness Brian open himself up vulnerably and discover his true authentic self. Brian is committed to his personal growth; he is a man of his word and is always putting others needs before his own. With every given opportunity, Brian is always supporting other people.

During this training, Brian and his leadership team had the opportunity to raise money for Lovin' Spoonful's Food Rescue. This Boston based organization was an organization that Brian introduced to the team and was extremely passionate about supporting. He led this team to raising $180,000 which equaled to 500,000 donated meals. This fundraising occurred at the begging of the COVID-19 global pandemic and Brian was extremely aware of the urgency during this difficult time across the globe. Brian was consistently motiving his team to push all efforts because of the high impact they were committed to creating. Brian is beyond generous, loyal, loving and a leader people admire and follow.

While I am aware of Brian's legal situation and the consequences at hand, I believe Brian is deeply regretful of his actions and knows his actions have impacted all parties involved. Because I have witnessed Brian's transformation firsthand, I know he has sincerely shifted into a man of integrity and his being his. word. I am honored to be part of this amazing family's life and journey. Thank you kindly for your time and efforts.

Kindest Regards,

*Vanessa Iten*

Vanessa Iten

October 4, 2021

The Honorable Judge Douglas P. Woodlock
Senior Judge of United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Anne-Cecile Curot
11 Washington Street
Milton, MA 02186
617.852.5453
Cilou8@hotmail.com

Dear Judge Woodlock,

My name is Anne-Cecile Curot and I am the owner of Le Visage spa located in Boston. I met Brian Walshe around 2010 at a French restaurant and we quickly became friends because we share some of the same values and love for International cuisines.

I know more Brian on a social level. He always has been very generous towards his friends and his family. He is amazing with his 3 sons and his lovely wife. I have to say I have been happily surprised how Brian is so involved in his children's lives. He really care about them.
Also, celebrating the success of others and bringing people together from different background is one of Brian's favorite thing to do. He honestly likes to help people and give them a chance to grow and be as successful as he is. He is full of ideas and suggestions to keep you on your toes and adore to share his savoir faire.
During the pandemic, I had to close my business during 4 months. It was a difficult time. Brian was checking on me regularly and giving me business advices and emotional support.

I am aware of his current legal situation and I know Brian regrets profoundly his actions. Through all the years that I have hang out with him and his family, I only witnessed kindness, generosity, family oriented man and caring for the community.
I hope you will "see" in him the good heart he has and how he can continue to dedicate more of his life to others.

I remain available if you have any questions. Do not hesitate to contact me.

Regards,

Anne-Cecile Curot