UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> )    Criminal No. 18-CR-10399 - DPW <br> v.                  ) <br> ) <br> BRIAN R. WALSHE,        ) <br>       Defendant          ) <br> ) |

**PROPOSED CONDITIONS OF SUPERVISED RELEASE**

The parties jointly propose, in addition to the conditions set forth at pp. 31-32 of the PSR, the following conditions of supervised release for Brian Walsh, which are designed to ensure that restitution is paid promptly, and that he continues on the path of paying back society at large:

1. Defendant must work at gainful employment at least 35 hours per week.

2. 100% of all income earned by the Defendant must be paid towards restitution until his restitution obligation is fully satisfied. Payments shall be made quarterly. Defendant must provide proof of his income quarterly to Probation.

3. Defendant must perform 500 hours community service per year for organizations approved by Probation, if the Court does not impose a term of imprisonment.

4. Defendant must continue to participate in programs through the Boston Breakthrough Academy.

5. Defendant must see a therapist at least two times a month and provide a release for Probation to access his records from the therapist.

6. Defendant must participate in a Restorative Justice Program approved by Probation.

7. Defendant must provide the U.S. Attorney's Office with all information about the Shadows Paintings, including any attorney-client or attorney work product relating to the same and a deposition.

8. Travel outside of Massachusetts is limited to travel for business purposes and must be pre-approved by the Probation Department.

9. Abide by the conditions of the Plea Agreement between the parties.

10. Assist the government, if necessary, in making whole any subsequently identified buyers of the Shadow Paintings.

Dated: October 7, 2021

OFFICE OF THE UNITED
STATES ATTORNEY

/s/ Timothy Moran
Timothy Moran, AUSA
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA  02210
timothy.e.moran@usdoj.gov

Respectfully submitted,

BRIAN R. WALSHE

By his attorneys,

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
tminer@msdefenders.com

Samuel Goldberg (BBO No. 549248)
Law Offices of Samuel Goldberg
120 Washington Street, Office 100A
Salem, MA  01970

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the government on October 7, 2021.

/s/ Timothy Moran
Timothy Moran