UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 18-CR-10399 - DPW |
| v. ) | |
| BRIAN R. WALSHE, ) | |
| Defendant ) | |

DEFENDANT BRIAN WALSHE'S MOTION
TO CONCLUDE SENTENCING HEARING

Defendant, Brian Walshe, hereby requests that the Court schedule the conclusion of his sentencing hearing at its earliest convenience.

As grounds for this Motion, defendant Walshe states that it has been three weeks since his sentencing hearing was continued to allow the Government to investigate circumstances relating to the issuance of a Treasury check by Hingham Savings Bank, which Mr. Walshe obtained to pay towards his restitution obligation. No allegation has been made against Mr. Walshe by the Government during the past three weeks. Although Mr. Walshe has not been permitted to contact the bank to investigate, he has not received any overdraft or insufficient funds notices from the bank. As bank protocols require the bank to check available funds in the account before issuing a Treasurer's Check and to remove the funds at the time the check is issued, any confusion with respect to the check must have resulted from a bank error.

Given the amount of time that has passed, Defendant Walshe respectfully requests that his sentencing hearing be brought to a conclusion.

Defense left a message for AUSA Timothy Moran on Thursday, October 28th asking his position on this Motion, but has not heard back from him.

Dated: October 29, 2021  Respectfully submitted,

BRIAN R. WALSHE

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
tminer@msdefenders.com

Samuel Goldberg (BBO No. 549248)
Law Offices of Samuel Goldberg
120 Washington Street, Office 100A
Salem, MA 01970

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the government on October 29, 2021.

*/s/ Tracy A. Miner*
Tracy A. Miner