UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 18-10399-DPW-1 |
| | ) | |
| BRIAN R. WALSHE, | ) | |
| Defendant | ) | |

## STATUS REPORT OF THE UNITED STATES

Pursuant to the Court's Procedural Order of November 4, 2021, 2021, the government submits the status report concerning its investigation regarding whether the defendant has been in violation of his conditions of release. The government is completing its investigation, with some subpoena responses still outstanding. Pending final resolution, the government believes that the defendant has violated its conditions of release by having committed perjury and potentially other crimes, which are still under investigation. There remains the issue of how the government should bring this information to the Court's and defendant's attention, absent seeking new charges (as to which the government has not reached a decision and, if charged, would likely be drawn to another judge in any event).

Having consulted Probation regarding the proposed schedule, not the substance of its investigation, the government proposes the following schedule going forward:

1. Within 14 days, the government will make a written submission to the Probation Officer concerning its investigation;

2. Within 21 days, taking into account the holiday, Probation will issue a Violation Notice, amend the Presentence, took some other action, or take no action, in its discretion;

3. Defendant would then have the opportunity to respond to Probation's actions, if any; and

4. The Court could then schedule hearings as necessary.

        Respectfully submitted,

        NATHANIEL R. MENDELL
        ACTING UNITED STATES ATTORNEY

By:   s/ Timothy E. Moran
       TIMOTHY E. MORAN
       KUNAL PASRICHA
       CAROL HEAD
       Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        s/ Timothy E. Moran
        TIMOTHY E. MORAN

Date: December 3, 2021