UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) Criminal No. 18-CR-10399 - DPW <br> ) <br> ) <br> ) <br> ) <br> ) |
| v. | |
| BRIAN R. WALSHE,<br>          Defendant | |

ASSENTED TO MOTION TO CONTINUE RESPONSE TO NEW ALLEGATIONS TO
FEBRUARY 14, 2022
===

Based on new allegations by the U.S. Attorney's Office, the Probation Office submitted a revised Presentence Report on Friday, January 7, 2022 containing a generalized statement that Defendant Brian Walshe's previously submitted financial statement contained false statements and material omissions.  According to the Court's Order of December 15, 2021 (Docket Number 127), Defendant Walshe's response is due on January 24, 2022.

Defendant Walshe now moves this Court to extend his deadline for filing a response to February 14, 2022.  As grounds for this Motion, defendant states:

1. The U.S. Attorney's Office has made a number of new allegations involving a number of accounts, many unrelated to the Hingham Savings Bank account that triggered the investigation.  Defendant needs time to gather and examine relevant documents, including some in the possession of third parties, in order to respond fully.  The U.S.

Attorney has promised to provide a discovery packet within the next week, but the defendant may need to obtain additional documents.

2. The U.S. Attorney's Office has had approximately three months to investigate Mr. Walshe. Defense counsel is asking for less than six weeks to investigate and respond.

3. Defendant and his counsel were prohibited from contacting the Hingham Savings Bank during the pendency of the U.S. Attorney's Office's investigation.

Assistant U.S. Attorney Timothy Moran has assented to Mr. Walshe's request for additional time to respond.

Dated: January 13, 2022

Respectfully submitted,

BRIAN R. WALSHE

By his attorney,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
tminer@msdefenders.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the government on January 13, 2022.

*/s/ Tracy A. Miner*
Tracy A. Miner