# Exhibit B

Ruci, Panajot

| | |
|---|---|
| **From:** | Lorah, Linda J. |
| **Sent:** | Monday, February 28, 2022 9:16 AM |
| **To:** | Ruci, Panajot |
| **Subject:** | copy |

Confidential





Respectfully yours,

 | **Linda Lorah**
Operations Specialist II
Accounting and Operational Control
610 484 6040
601 Penn Street, Reading, PA 19601

1



**Your checking account**

TEN SAIL CONSULTING LLC   |   Account # 0046 6790 8347   |   May 1, 2018 to May 31, 2018

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/15/18 | BKOFAMERICA ATM 05/15 #000007067 DEPOSIT VINNIN SQUARE      SALEM        MA | 40.00 |
| 05/17/18 | BKOFAMERICA ATM 05/17 #000007367 DEPOSIT LYNN            LYNN          MA | 5.00 |
| 05/24/18 | Counter Credit | 125,000.00 |
| **Total deposits and other credits** | | **$125,045.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/25/18 | MA TLR cash withdrawal from CHK 8347 | -4,000.00 |
| 05/25/18 | Customer Withdrawal Image | -91,000.00 |
| 05/30/18 | CHASE CREDIT CARDS Bill Payment | -10,000.00 |
| 05/30/18 | CHASE CREDIT CARDS Bill Payment | -9,000.00 |
| 05/30/18 | CHASE CREDIT CARDS Bill Payment | -6,000.00 |
| 05/30/18 | CAPITAL ONE CREDIT CARDS Bill Payment | -2,000.00 |

Card account # XXXX XXXX XXXX 2304

| Date | Description | Amount |
|---|---|---|
| 05/29/18 | CHECKCARD  0527 MOISSANITE CO 702-9324529  NV 24755428147261470301799 CKCD 5944 XXXXXXXXXXXX2304 XXXX XXXX XXXX 2304 | -1,640.00 |
| 05/30/18 | CHECKCARD  0529 MOISSANITE CO 702-9324529  NV 24755428149261496118258 CKCD 5944 XXXXXXXXXXXX2304 XXXX XXXX XXXX 2304 | -0.19 |
| **Subtotal for card account # XXXX XXXX XXXX 2304** | | **-$1,640.19** |
| **Total withdrawals and other debits** | | **-$123,640.19** |



Bank of America **Business Advantage**                                                   LIFE / BETTER CONNECTED®

**Thank you for your business.**
**Here's to your continued success.**

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work with you to help strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

AR634K95 | SSM-01-18-2949.B