# Exhibit C

06/01/2022

The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Ana Walshe
5334 43rd St NW
Washington D.C. 20015
617.599.7966
anawalshe@gmail.com

Dear Judge Woodlock,

I am writing this letter to you to express my gratitude for having allowed Brian to spend the last eight months at home supporting his children and closest family members. During these eight months, our family was able to be together during many of the milestones: our youngest son turned one, our middle son started to speak and our eldest son who had just started kindergarten when we saw you last is now only a few weeks away from completing the year and preparing for first grade. He also lost his first tooth.

We also experienced some challenges. On December 21, 2021, my mother suffered a major neurological event which caused heavy hemorrhage. Brian was the one who heard my mother's sighs for help within seconds and immediately called me and emergency. He was quickly able to establish that she was in severe pain and that she needed immediate medical help. My mother was taken to the South Shore Hospital from our home, and then transferred to Brigham and Women's, where she received treatment and stayed for almost a month, until she was stable enough to leave. Now, months later, she has made about 95% recovery and she keeps repeating that she wouldn't be here if it wasn't for her son-in-law, Brian. Not only did he save her life, but he also brought her and the entire family comfort and joy during the course of her illness. He furthermore remained positive and optimistic about her path to recovery even when my sister and I were scared for my mother's life. He always believed she would achieve full recovery and would not give up on her even in the darkest moments.

During my mother's illness and beyond, Brian continued to be in contribution and focus on charity work, serve as a coach within his transformational leadership academy, continue to take care of his ailing elderly mother and be there for his sons day in and day out.

Brian has included our family and especially our sons in many of the charitable activities he has been partaking. Whether it was walking for World Piece Day in Dorchester, or stopping by the Pine Street Inn in Boston to drop off food and sanitary supplies, Brian has been teaching our young boys from early age how important it is to share the joy and be in contribution with time and resources.

Brian has been working consistently on breaking the past habits of his family and we are all looking forward to the new chapter of his life.

Thank you again for your time and consideration.

Sincerely,

Ana Walshe