# Exhibit D

TO:
The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States
District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

FR:
Aleksandra Dimitrijevic
188 Elena Crescent
Maple, ON L6A 2K2
Canada
alexdivic@yahoo.ca

RE:   Brian Walshe

Dear Judge Woodlock,

My name is Aleksandra Dimitrijevic. Brian Washe is my brother-in-law. I have known Brian for almost a decade.
This letter is to confirm that Brian Walshe continues to consistently support his community and family.
I would like to provide one of many examples.
In December 2021 My mother had a medical emergency. His presence at the household was extremely supportive in the life saving measures he took in the evening of December 21, 2021. He was there as well to provide support during her lengthy recovery along with other family members. He was compassionate, patient and was there to provide support to everyone in the family during these trying times. I also spent several weeks in their home in Cohasset. I got to witness him caring for our mother, his mother, their three sons and actively supporting my sister with her work duties.
He continues to be an upstanding member of the community by supporting many humanitarian organizations.
Brian is very engaged with his family. I was always fond of Brian. He has grown so much as a person. He credits this change to his leadership school and says that without his arrest and my sister's support he wouldn't have had the courage or strength to make a change in his life, because change can be very painful. He says that he is focused on creating positive results for everyone around him every day and I feel that to be true, and I see it to be true in his actions.
Please allow Brian Walshe and his three young dependents to be reunited with his spouse and their mother.
Thank You for Your consideration. I am available to confirm the facts in this letter as necessary.

Sincerely,
Aleksandra Dimitrijevic
*[signature]*
Dated at Maple this 6th day of June, 2022