# Exhibit E

05/31/2022

The Honorable Judge Douglas P. Woodlock
Senior Judge of the United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Milanka Ljubicic
Lomina 30
11 000 Belgrade
Republic of Serbia
+381 11 64 574 2665
matsavota@gmail.com

Dear Judge Woodlock,

My name is Milanka Ljubicic. I am Ana's mother and Brian's mother-in-law. I live in Belgrade, Serbia. I am writing to thank you for giving my son-in-law Brian mercy since last October. On December 21, 2021, Brian found me experiencing what he thought was a stroke. He immediately got my daughter and called emergency services. I can safely say that without his presence I would not have survived.

He further continued to take care of me during my recovery at the house, he was making my diabetic meals daily, he was taking me to the doctor's appointments, etc.

Now, almost six moths later, I am making a full recovery in my country house in Serbia and I look forward to seeing Brian, Ana and my grandchildren again upon my return in November.

Brian is a kind and loving man who always puts me at ease. He is there for me even when he is having a tough day. He always says that I will get to see all of my grandchildren graduate from universities.

Any time I thank Brian for saving my life, he is quick to give credit to all those who were a part of my recovery: the doctors, my daughters and you, Judge Woodlock. He made it clear that he was able to help me because of your mercy, and that he was able to take me to doctor's appointments because you allowed it.

The first responders who came to the house all knew Brian. They knew him from his visits to the Cohasset Fire Station during the annual 9/11 service acknowledgment campaign. This made me very proud of my son-in-law.

I wish to thank you for my life and for a chance you gave to my grandchildren to get to know me, as they had already lost both of their grandfathers. Thank you also for giving Brian a chance to live a life worth living.

Sincerely,

*Milanka Ljubičić*
Milanka Ljubicic