UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action |
| Plaintiff, | ) | No. 18-10399-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN WALSHE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


BEFORE THE HONORABLE DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE


SENTENCING

October 8, 2021
11:05 a.m.


John J. Moakley United States Courthouse
Courtroom No. 1
One Courthouse Way
Boston, Massachusetts  02210


Kelly Mortellite, RMR, CRR
Official Court Reporter
One Courthouse Way, Room 3200
Boston, Massachusetts  02210
mortellite@gmail.com

1    APPEARANCES:

2    On Behalf of the Government:
     Timothy E. Moran
3    U.S. Attorney's Office
     One Courthouse Way, Suite 9200
4    United States Courthouse
     Boston, MA 02210
5    617-748-3100
     timothy.e.moran@usdoj.gov

6
     On Behalf of the Defendant:
7    Tracy A. Miner
     Miner Siddall LLP
8    101 Federal Street
     Suite 650
9    Boston, MA 02110
     617-202-5890
10   tminer@msdefenders.com

11   Samuel B. Goldberg
     Altman & Altman LLP
12   689 Massachusetts Avenue
     Cambridge, MA 02139
13   978-314-6245
     attygoldberg@aol.com

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2          (The following proceedings were held in open court
 3    before the Honorable Douglas P. Woodlock, United States
 4    District Judge, United States District Court, District of
 5    Massachusetts, at the John J. Moakley United States Courthouse,
 6    One Courthouse Way, Courtroom 10, Boston, Massachusetts, on
 7    October 8, 2021.)
 8    (Case called to order.)
 9          THE COURT:  Counsel, thank you for the materials that
10    you filed yesterday.  They were helpful in focusing my
11    attention on this.  I'll get to the bottom line first, which is
12    that I am going to impose a sentence of time served with
13    extensive conditions here.  It appears to be the appropriate
14    way to deal with this.
15          I understand that there are people in the courtroom
16    who feel that they should express themselves by nonverbal means
17    because there's no jury here.  I'm familiar with that, but if
18    that ever happens in a trial, I want the representatives of the
19    government to be aware that they will be excluded from the
20    courtroom.  Understood?
21          So let's turn to the larger question in this case,
22    which are the conditions.  The reason that I am making this
23    judgment is that it seems to me that the conditions that have
24    been proposed here are sufficient to deal with the larger
25    question of concern about whether or not the defendant will
```

11:04 (line 10)
11:05 (line 20)

1   live up to what he says he's going to do.  If he doesn't, then

2   there will be supervised release violations to deal with.

3   Nevertheless, I'm satisfied on the basis of the record here

4   that there is a variety of mechanisms by which there can be

5   verification of what appears to be the request for trust that

6   has been offered by the defendant in this case.

7        I want to pause for a moment to deal with the status

8   report of the United States, which frankly satisfies all that

9   I've asked for here.  I will continue to require status reports

11:06 10   through the period of supervised release.  That's the extended

11   period over which I think I have responsibility to continue to

12   pursue the objects that were the source of the concern in this

13   case.  That seems to me to be part of a larger responsibility

14   that I have and that the government has undertaken and been

15   executing to ensure that there is restitution in the form of no

16   ill-gotten gains remaining with the defendant and efforts to

17   return to those persons who received the objects, or have

18   received the objects, will ultimately be forced to return them.

19   In any event, whatever can be done during the period of

11:07 20   supervision will be done.  The period of supervision will be

21   three years.

22        Now, let me turn to, because I started at the bottom

23   line, with the conditions.  First, this is for the first year

24   to be subject to home confinement.  There is location

25   monitoring that will be provided according to technology at the

1      discretion of the probation office.  The defendant is going to

2      be required to be restricted to his residence at all times,

3      except for employment, education, religious services, medical

4      treatment, including medical treatment that he is facilitating

5      for his mother.  But it's home confinement with location

6      monitoring.  That means that the defendant for that first year

7      is going to have a bracelet on, and he'll be responsible for

8      the costs of that.

9              I want to turn then to the more specific proposed

11:09 10   conditions that the parties themselves have provided.  First,

11     that the defendant must work at gainful employment at least 35

12     hours per week.  That's going to be done from home.  This is

13     not the defendant going out into the community.  The defendant

14     has the capacity to do that from home, and he'll be expected to

15     do it from home.

16             Second, because I think I can treat only the

17     defendant's income and rather than imposing a further

18     obligation to scrutinize the financial circumstances of the

19     larger family involved who, it's clear to me, are providing

11:10 20   funds to the defendant for various purposes here.

21     Nevertheless, 100 percent of all of his income that he earns

22     during this period must be applied toward the restitution and

23     restitution obligation until the restitution obligation is

24     fully satisfied.  The payments are to be made quarterly, and

25     the defendant must provide proof of his income quarterly to the

1   probation office.

2        The defendant will have an obligation to perform 500

3   hours of community service per year for organizations that are

4   approved by the probation office.

5        Now, my intention remains that the defendant be

6   subject to home confinement for the first year, and the

7   probation office may have to exercise a bit of imagination to

8   find those programs for that first year that are necessary, but

9   I'll look to the probation office to make recommendations to

11:11 10   me.  The defendant must continue to participate in programs for

11   the Boston Breakthrough Academy.  That seems to have been a

12   source of apparent transformation of the defendant.

13        We'll talk and I've talked during the course of our

14   discussions earlier that the defendant here is privileged in

15   various ways to be able to participate in that.  Nevertheless,

16   the role that it appears to have played in his life should not

17   be diminished, even if it's not otherwise available to other

18   people in the community for economic and demographic reasons.

19        The defendant must see a therapist at least two times

11:12 20   a month and provide a release to the probation office for

21   access to all of his records from the therapist.  Those are

22   matters that would otherwise be subject to a form of privilege

23   perhaps.  I don't mean, because these are proposed programs, I

24   don't mean in any way to interfere with evidentiary privileges,

25   but they're offered as a means of evidencing the defendant's

1    remorse and willingness to make things right.  But probation

2    should have an opportunity to review what the therapist is

3    saying.

4          My assumption, but I'm not making it a direction, is

5    that the therapist will be Dr. Tittman here who has had a

6    lengthy experience with the defendant over a course of time.

7    And of course I've, as I've indicated, relied on the

8    forward-looking aspects of his report.

9          The defendant is going to have to participate in a

11:13 10    restorative justice program that's approved by the probation

11    office.  This is something that is critical in a variety of

12    different settings in which the probation office has really

13    been a leader in this nation in helping to make clear to

14    defendants like the defendant here the harm that he's done.

15    And that's something that is problematic in light of the

16    psychological information that I've received here and the

17    psychological profile that has been presented.

18          So restorative justice is a way of dealing with that,

19    and probation is capable, I know, because they have a variety

11:14 20    of different programs that have been speaking to people from an

21    entirely different demographic to address this issue.  But it's

22    not just for you.  It's for others who participate in this to

23    understand precisely what it is that you've done wrong, what

24    you profess to now want to make right and permit them to

25    participate.

1          We have three victims directly here.  They're not, as

2     near as I can figure out, close by here, but they can

3     participate in various ways on that, and it's important for

4     them to do so.

5          Restorative justice is a principle really at the core

6     of I think modern understanding of the value of supervision.

7     The defendant may travel outside of the state of Massachusetts,

8     Commonwealth of Massachusetts, but that travel is limited to

9     such business purposes as may be pre-approved by the probation

11:15 10    office.  I don't imagine there will be any travel in the first

11    year.  And for the second two years, it's really going to be a

12    matter for probation to evaluate.  This is back to this

13    question of making sure that the defendant is responsible in

14    this way.

15         Now, the defendant has additional obligations under

16    the plea agreement here, and those will be embodied in the

17    judgment in this case.  I'm not sure that the parties haven't

18    called it out already here, but let me deal with these and ask

19    whether or not any of these need specific inclusion in the

11:16 20    supervised release conditions.

21         The defendant has agreed to entry of an order

22    requiring payment of restitution of $50,000 to Victim 1, an

23    order requiring payment of restitution of $145,000 to Victim 3,

24    and an order requiring payment of the value of the three

25    paintings described in paragraph 4C to Victim 2.

                    My understanding, and you'll correct me if I'm wrong,

    is that all of that is embodied now in the proposed restitution

    orders that we have.

                    MR. MORAN:  The points I was actually considering,

    Your Honor, is that Mr. Walshe agreed to, on page 5, section 5,

    which governs forfeiture, it's actually pages 4 through 7,

    Mr. Walshe agrees to undertake certain steps to assist the

    government in is its efforts.

                    THE COURT:  Those I will get to as well shortly.  What

    I want to do is go through the agreements on page 3 of the plea

    agreement to make sure that we've covered all of those, and

    then we'll go on to additional ones.

                    MR. MORAN:  As a housekeeping matter, I wanted to be

    heard on one of the other conditions, if I have an opportunity.

                    THE COURT:  One that I've talked about already?

                    MR. MORAN:  Yes.

                    THE COURT:  Okay.  Why don't you go ahead.

                    MR. MORAN:  As to the restorative justice program,

    Your Honor, I'm a big believer in those programs, and I have

    also followed probation's progress with those.  Ms. Miner

    actually suggested that, at my suggestion, we remove that

    condition.

                    My understanding, what they've done so far has been

    largely with drug cases which does not have an enumerated

    victim, and they've had a member of the community stand in for

1  the victim.  And I've attended some of the sessions, as I know

2  Your Honor has.  I've seen the presentations and I do think

3  it's a good program.  But my understanding is that probation is

4  just now gearing up to do restorative justice where you've got

5  a direct and actual victim.  And I commend their efforts.  I

6  think that's far more complicated because, as I understand the

7  process, the victim has to be central.  So I would ask Your

8  Honor, it's really -- if the victim doesn't want to

9  participate, then -- the victim deserves some autonomy and some

11:19 10  role in the process.  And if the victim doesn't want to

11  participate, the victim shouldn't have to.  I would ask that it

12  be at the direction of probation with consent of participation

13  of the victims.  I think they have a role in this and we

14  shouldn't forget about that, and I'm not sure it makes sense if

15  they're not participating.

16      THE COURT:  I understand the concern, and let me

17  respond in two ways.  I think that it's dealt with right now by

18  the way in which it's formulated.  But I'll step back a bit.

19  It is the case that the probation office is attempting to

11:19 20  rethink -- not rethink -- to expand this.  This may be one of

21  those cases that permits that expansion.

22      Why would I permit the expansion?  Well, because as

23  you say, the question of restorative justice so far has been

24  directed to people with essentially drug cases but firearms

25  cases too, and those are ones in which the victims are somewhat

1    diffuse or even unidentifiable as such, although not entirely.

2         The people who participate in restorative justice are

3    not merely the victim and whoever the victim is and the

4    defendant but also facilitators.  The way in which they've

5    worked best has been cases in which, and this is a common

6    theme, I'll use the exemplar, I think you're familiar with it,

7    of at least one of the facilitators being the mother of a son

8    with a drug problem who was murdered, not by the people who

9    were involved in the restorative justice program but murdered,

11:21 10  and making clear to a defendant there are collateral

11   consequences out here that you have been less than attentive.

12        Now, the particular victims involved here should not

13   be forced to participate and they're not.  I've had several

14   recent cases trying to apply restorative justice which has its

15   origins in trying to bring people to readiness to function in

16   the community in the context of people with privilege, like the

17   defendant here, or a person who engaged in a kidnapping and the

18   victim didn't want to be involved in it, but there was an

19   interaction by letter between the victim and the defendant that

11:22 20  seemed to be useful as a way of furthering the understanding of

21   the defendant and suturing together the tear in the social

22   fabric that is created by the defendant's crime.

23        In any event, this appears to me to be a good case to

24   permit that kind of expansion, but to deal with the specific

25   question you've asked is do the victims have to participate?

1   No, they don't.  That's really up to them.  They've made clear

2   what their concerns are here, but probation I'm sure will

3   afford them additional opportunities if they wish to without

4   intruding on their autonomy to say we really don't want to be

5   part of this process.  But it works best when everybody is

6   involved in it.  And the "everybody" are not just the victims

7   and the defendant but the facilitators who have a significant

8   role in shaping everybody's understanding of what is involved

9   when a crime is committed, even a crime that is nonviolent or

11:23 10   doesn't involve the kind of instinct for violence that drugs

11   and firearms generally, even without victims, provide.  So I

12   understand your point about it, and I'll refine this to the

13   degree that's necessary if there are additional points that you

14   want to make with respect to it.

15         But back to the questions or the issues on page 3, I

16   think that the restitution orders that we're dealing with now

17   are sufficient to deal with that, but maybe I have to do

18   something more with respect to the three paintings described in

19   paragraph 4E here.  I don't think I do, but there is reference

11:24 20   to the one Dollar Sign by Andy Warhol.  Of course this was

21   drafted at a time when there was perhaps some anticipation that

22   the defendant was going to be able to make a recovery.  He

23   didn't here.  But I would think that dollar figures for

24   restitution cover that now.

25         MR. MORAN:  Yes, Your Honor.

1          THE COURT:  Okay.  So then we have, I think we've

2    dealt with that issue of restitution, and I will say with

3    respect to restitution and forfeiture here, both of which I'm

4    going to enter, that there will be an order of priority.  An

5    example of a case in which I've dealt with it recently, Ms.

6    Head is probably familiar with it as well as you are I'm sure,

7    is in *Correia*, which I provided a hierarchy of payments that

8    will in this case -- let me pull up my notes more specifically

9    concerning it.

11:26 10          Well, essentially it is, first order of responsibility

11   is the assessment then the principal of restitution and then

12   the interest on restitution.  Interest is running on

13   restitution as of the entry of this matter.  And the final

14   thing would be forfeiture.  That leaves perhaps unaddressed the

15   question of -- or at least unaddressed for the moment the

16   question of whether or not there would be duplicative recovery

17   for forfeiture and restitution, but it's my intention to do it

18   that way.

19          The defendant also has, and I'll leave this open for

11:27 20   further discussion after I announce it, the obligation to

21   cooperate to the full degree necessary, including the waiver of

22   any attorney-client or work product privilege to make whole the

23   persons who are subject to restitution.  The language that's

24   used in the parties' submission is any subsequently identified

25   buyers of the Shadow paintings.  I don't think it's limited to

1    the Shadow paintings.  It includes those persons who have been

2    identified here in the restitution itself.  And that includes

3    that he makes himself available for deposition, and the earlier

4    discussions have been within a month.  If that works for the

5    government's investigative purposes, that's the time period.

6    That's up to the parties, but the intention is that this be

7    done promptly to facilitate the government's investigation of

8    this matter with a view toward providing actual restitution in

9    this case as outlined in the government's status report.

11:29 10          Now, there are the standard conditions that the

11    defendant will have to sign on the judgment instrument, and

12    there are mandatory conditions as well.  Principal among them

13    is that the defendant not commit another federal, state or

14    local crime.  If he does, I want to be as clear as possible

15    that this is going to be a matter that will be fully

16    reconsidered.

17          There is three years to demonstrate yourself,

18    Mr. Walshe.  There are a number of people who are not so

19    certain about this.  I'm taking the step that we'll see on it.

11:30 20    But I don't want you to be misunderstanding in any way that if

21    you come back to me with a violation of these conditions that

22    you're going to be facing real jail time, so it's up to you.

23          Now, are there other reasons that the parties would

24    ask me to announce at this point?  What I'm going to do,

25    together with Ms. Beatty, we'll get this completed over the

1    weekend and provide a draft copy so that everybody understands

2    what is involved.  Mr. Moran?

3              MR. MORAN:  Your Honor didn't mention the special

4    conditions set forth at page 32 of the PSR.  You mentioned

5    mandatory and standard.  There are some special conditions

6    regarding new credit, financial information.

7              THE COURT:  Yes.

8              MR. MORAN:  Mental health.  It's page 32, Your Honor.

9    I think the parties agree on them.

11:31 10          THE COURT:  And you're right to call it out, but in

11   point of fact, the draft I've been working with here, as I've

12   worked my way through, does precisely that.  So let me just

13   refer to it for you.

14             That, as I've indicated, the defendant pay the balance

15   of the restitution according to a court ordered repayment

16   schedule if it hasn't been paid promptly.  And he's prohibited

17   from incurring any new credit charges or opening additional

18   lines of credit without the approval of the probation office

19   while any financial obligations are outstanding.

11:32 20          He's obligated to provide the probation office with

21   access to any requested financial information, and that may be

22   shared with the financial litigation unit of the United States

23   Attorney's Office.  I believe those are the more specific ones

24   that touch on this issue here.

25             MR. MORAN:  Yes, Your Honor.

```
 1              THE COURT:  There is an additional matter, and that is
 2       that there is a dismissal of a count by the government, and I
 3       would expect to receive a form dismissal.  As I've explained to
 4       some of your colleagues, some have had experience with it as
 5       well, the government frequently files these as motions for
 6       leave to dismiss.  I have some questions about, as a separation
 7       of powers matter, whether or not my leave is necessary, but
 8       I'll sign it.  I want it tied up, and there's been some perhaps
 9       backsliding more recently in the office here about making sure
11:33 10  that dismissals are completed.
11              MR. MORAN:  I do request dismissal, and I will file
12       the necessary paperwork today.
13              THE COURT:  Right.  It has a -- if you wonder what my
14       endorsement is going to look like, it has a standard
15       endorsement referring to a case in which I questioned my
16       authority.
17              MR. MORAN:  I'm familiar with the Henderson case.
18       With Your Honor's permission, I'm just going to use the
19       standard office form.
11:33 20              THE COURT:  That's fine with me.  I think my views are
21       not necessarily shared by everybody else, but I want to make
22       sure that this is included here so that we've tied the entire
23       matter up in that regard.
24              U.S. PROBATION:  Your Honor, if I may, Steven Killelea
25       from probation --
```

1          COURT REPORTER:  I'm sorry.

2          THE COURT:  If you could remove your mask.

3          U.S. PROBATION:  With respect to the home confinement

4    condition, I'm just seeking clarification.  You had made

5    reference to location monitoring or some level of home

6    confinement being enforced through the wearing of a bracelet.

7    There is one technology that would be absent a bracelet, so I

8    just wanted to have --

9          THE COURT:  I think it's fair to say that as a general

11:34 10    matter I would leave the question to the discretion of the

11    probation office.  That's my general view.  This is a different

12    case.  The defendant should be wearing a monitor here.

13          U.S. PROBATION:  Understood, thank you.

14          THE COURT:  I want every day the defendant to

15    understand that he is subject to location monitoring by an

16    object.

17          U.S. PROBATION:  Understood, Your Honor, thank you.

18          THE COURT:  Okay.  So you know, Mr. Walshe, this has

19    been a case about objects, the significance of objects and the

11:35 20    symbolic significance, I hope the symbolic significance of

21    objects but not entirely.  There is a tangible dimension of

22    this.  Any tampering with that is a reason for there to be a

23    violation report, and I'll take it very seriously.  But I want

24    you to be reminded every day that there has been a crime

25    committed, several committed, and that's why you have that

1   location monitoring on you.

2          The probation office has a variety of different forms

3   that they try to deal with, a variety of different vendors, but

4   I'm making a very explicit finding with respect to that as a

5   result of the inquiry that's been made here.  Okay?

6          Any other matters that should be covered now?  As I've

7   indicated I will provide, through Ms. Beatty, a copy of the

8   draft form so that before I enter it in final form the parties

9   have an opportunity to refine anything that I've said on it,

11:36 10   but this is the oral version of the sentence to be imposed in

11   this case.  Of course the sentence can't depart materially from

12   the oral version of it.

13          So let me explain here why I've done what I've done.

14   This is not precisely what was anticipated in the plea

15   agreement, but the basic bones of it are in the plea agreement

16   itself, that is the terms and conditions of supervised release.

17   It's certainly not the position that the government has taken

18   with respect to it, which is a guidelines sentence.  I

19   mentioned before in our earlier discussion this week something

11:37 20   that I say every time there's a sentence imposed.

21          The sentence involves two dimensions and a liminal

22   moment now when we're passing from history to future.  And in

23   that liminal moment, we don't know, or at least I don't know

24   exactly how this is going to proceed, but I make judgements

25   about it.  And the judgments are shaped by Section 3553, which

1    tells me the factors that I should consider, and I'll outline

2    them here, although we've talked about them in our extensive

3    discussion.

4         They pull in different directions.  There are some

5    that say a sentence of a particular amount, and the guideline

6    here seems to me to be not wholly out of line.  The problem

7    with the guidelines in my experience is they're not

8    sufficiently nuanced, but this collection of guidelines seems

9    to me to be pretty close to what you would say, all other

11:38 10   things being equal, this would be what a sentence would be for

11   committing these crimes, and it's understandable the government

12   would take that position and I respect that.

13        But all other things are not always equal, and that's

14   what requires judgment in the case, irrespective of whether

15   representatives of the government think that part of their role

16   is to shake their head in the courtroom when there is

17   announced, I mean nonlegal representatives of the government

18   who should know better and perhaps will observe this in the

19   future.

11:39 20        The first one is the seriousness of the crime.  It's

21   sometimes said, oh, well, you know, we've got people who are

22   trying to get a better deal.  They're complicit in some

23   fashion, the victims are complicit in some fashion in the

24   fraud.  That's not this case.  The defendant offered something

25   knowing that he couldn't deliver it and wouldn't deliver it.

1    Part of it was dealing with Victim 1, someone with whom he had

2    no previous experience.  It was just a transaction that he

3    couldn't make good on when he was called on it.  But that's a

4    crime.  He's incurred costs and intangibles of the type that

5    Mr. Moran talked about.

6         More serious to me is doing it to a friend and

7    recording it in a way that illustrated the lack of any sense of

8    responsibility for what was being done.  Perhaps the cruelest

9    kind of experience would have been for that friend to -- and

11:40 10   was I suspect -- to read the journal notes that the defendant

11   provided.

12        So this is a crime not merely of fraud or financial

13   misdoings but a crime in which the defendant's intent is as

14   clear as could be, and it is the most malevolent intent

15   imaginable.  What does that mean?  Ordinarily that would pull

16   in favor of prison time.  I then deal with the nature and

17   characteristics of the defendant.  To some degree I talked

18   about it already in the discussion about Dr. Tittman's report

19   and the ambiguity or at least the missing link in Dr. Tittman's

11:41 20   report between someone with significant psychological issues

21   that he has to address and the request that he not spend time

22   in prison because of other obligations that he's working

23   through.

24        I start with the aspects of the defendant's past life

25   that, but for the transformation, would tell me that the

1    defendant ought to spend time in jail.  But there is a

2    transformation.  I don't want to make it sound like someone

3    being struck blind on the road to Damascus, but there is a

4    transformation here, and it could be dated more or less I think

5    with the defendant's marriage and through the office of his

6    wife or her experience drawing himself into the breakthrough

7    process, and it seems to me to be real and ongoing and worthy

8    of support.  And that pulls in a different direction.  It

9    doesn't necessarily pull toward prison, assuming that it's a

11:43 10   real breakthrough, which is the point that I've been trying to

11   make here, that it better be demonstrated and continue to be

12   demonstrated as a responsibility.

13       I am particularly affected, obviously, by the letters

14   that I've received, although they do have a certain formulaic

15   quality, but that may be part of the process of people adhering

16   to a template trying to work it out.  More striking to me is

17   the defendant's mother's letter in light of the history here.

18   But it is the case for a variety of different reasons that the

19   defendant is the support for his mother who has extraordinary

11:44 20   challenges, and he seems to have risen to the occasion in

21   dealing with it under circumstances in which I think it's

22   possible that someone would say, you know, my past experience

23   tells me that I should not rise to the occasion since there

24   were past experiences in which people didn't rise to the

25   occasion for me.  I think it's real.  I mean to permit the

1  defendant to continue to provide that support for his mother

2  here.  And I recognize the candor that his mother illustrated

3  in her letter, which was not formulaic in any manner.

4  So I'm faced with a person, forward-looking, capable

5  of doing things that are very important to himself, to his

6  family, to the community.  That's ambiguity about putting

7  somebody into prison.  But there's another dimension that is

8  particularly important to me.  I mentioned it as well, and that

9  is the relationship with the children.  We've talked about it,

11:45 10  tried to talk about it candidly, and I think everyone has been

11  candid in the assessment of this, both the government and the

12  defense counsel.  But this much is clear.  The defendant had a

13  troubled childhood in which the relationship with his father

14  was I think one that substantially adversely affected his

15  psychological makeup.

16  I'm not pretending to be a psychiatrist or

17  psychologist, but I am relying on things like Dr. Tittman's

18  report in assessing this.  And it seems clear that the

19  defendant is making amends through his children.  Not through

11:46 20  his children but, you know, to do what wasn't done for him.

21  And I don't mean to interfere with that, unless the defendant

22  by his failure to comply with the conditions of supervised

23  release forces me to do that.

24  And I want you to be clear, I keep saying it.  I don't

25  want to sound like a skoal but I am, if something happens that

1  involves a violation of conditions, you've made the decision

2  yourself.  You can say, one could say that you've already made

3  the decision, but there is a point at which I look from the

4  past to the future.

5       So on balance, the question of nature and

6  characteristics of the defendant now at this liminal moment

7  tell me that this is not a jail case.  More troubling are the

8  questions of deterrence that were argued so effectively by

9  Mr. Moran.

11:47 10       The first is individual deterrence.  How can we be

11  sure that the defendant isn't going to do this or something

12  like this again?  The answer I think is there are conditions in

13  place because, if he does, then this will be revisited.

14       The more troubling of the deterrent questions is not

15  specific deterrence of this defendant.  There's an interlocking

16  series of conditions that I think provide for specific

17  deterrence.  It is general deterrence.  What does it say to

18  other people like you who are thinking about, let's see what we

19  can do in the art market where value is established essentially

11:48 20  by bidding by people who may know the cost of everything but

21  not the value of anything.  That's difficult.  This is an area

22  in which the potential for fraud is extraordinary.  And it is

23  to the government's credit that they're pursuing these kinds of

24  cases and not ignoring them or moving past them in some

25  fashion.  That would argue for time, real time.

1          But there's an underlying aspect of this not to be

2     misunderstood.  Increasing amounts of time do not necessarily

3     mean increasing amounts of deterrence effectively.  The most

4     effective deterrent studies have shown, my experience has

5     taught me, is swift and certain punishment.  And we do not have

6     a system that provides that.  That may be both a glory and a

7     shortcoming of a due process system.  But in any event, that's

8     the case.  We don't have it.  The certainty of punishment is

9     mitigated by the complexity of this undertaking, makes it very

11:50 10   difficult to uncover.  And the amount of work that has been

11    involved in this, clearly from my review of it, has been

12    extraordinary on the part of the Bureau, on the part of the

13    United States Attorney's Office, in peeling the onion that has

14    been created here by this extraordinary fraud.  So it would not

15    be unreasonable under other circumstances without considering

16    the other factors to say what we have is time in jail, and

17    we're going to impose it.

18          But as I've said, I'm dealing with a series of

19    incommensurables that pull in different directions.  I look at

11:51 20   the question of the value, from a penological perspective, of

21    time spent in jail.  There are programs that are helpful to

22    some people, but I'd be less than candid if I didn't say that

23    the principal role of jail is warehousing.  There's a reason

24    for warehousing.  Keep people off the street.  That's a

25    utilitarian reason for warehousing.

1      There's a symbolic reason for warehousing.  That is to

2  say you have deprived us, society, of something we're entitled

3  to, and you're going to pay for it, and the way you're going to

4  pay for it is in numbers of years or months.  That seems out of

5  focus here for this defendant.  Of course I never sentence

6  someone to jail to give them job training and programs and that

7  sort of thing, but it's part of the consideration to understand

8  what jail would mean here.

9      Jail here for me would mean that the defendant has

11:52 10  failed to take advantage of the opportunity that's provided by

11  the sentence that I'm imposing and has violated supervision.

12  He hasn't done that yet, and I'm anticipating he won't.  But if

13  he does, as I keep saying, that's the reason that there's going

14  to be time.

15      So then I come to the real core of this, what I

16  sometimes refer to as the fishbone in my throat, which is where

17  we started to some degree the discussion about restorative

18  justice, the disparities among demographic groups that mean

19  that people with privilege or access to funds are able to pull

11:53 20  together an impressive representation about the things that

21  they had done in the past and the things they can do in the

22  future and the programs that they're committed to and they're

23  turning their life around and are able to turn their life

24  around and are able to provide the kinds of financing that

25  makes it easier to do that, including paying for therapists and

1   being able to participate in something called Breakthrough.

2   And then there are other people who don't have that, other

3   people who, because they've not had access to funds, don't have

4   that.

5   Now, the kinds of crimes that are generally committed

6   among different demographic groups are not always the same, but

7   they're similar enough that it's important to keep asking the

8   question and testing a sentence against that question.  If this

9   were someone from a different demographic group, would the

11:54 10   sentence be the same?  It's a question I ask myself here and

11   it's the most profound question.  Not merely because of current

12   concerns that are energizing the discussion in the general

13   community but also because it's at the core of what the

14   sentencing guidelines are supposed to be about.

15   The bargain that was struck by Congress at a time when

16   Congress still struck bargains was to say that crimes by people

17   called white-collar defendants were going to be treated as

18   firmly as crimes committed by people who don't have the benefit

19   of being able to own a white collar.  So I've looked at it from

11:56 20   that perspective.

21   I believe that this would be the same sentence if I

22   were dealing with someone from a different demographic group,

23   having in mind all of the various factors.  Certainly that's

24   the way I test it in this case.  People make horrendous

25   mistakes, and sometimes they're intentional.  This was

1    intentional.  That means that people are fallible human beings.

2    That means we all are.  Judges, too.

3         That's the historical evaluation.  More important is

4    what happens in the future to the defendant and his role in the

5    community and his role with his family and his reconstitution

6    of himself with a deeper understanding of what he's faced.

7    This sentence is meant to deal with that as well.

8         So for all of those reasons, which I've tried to state

9    with some greater narrative than might ordinarily be the case

11:57 10  here so that everybody understands what I've done or why I've

11   done it and why I've chosen to do it, that's the reason for the

12   sentence here.

13        Now, because it's complex enough, as I've said, the

14   actual drafting of this is something that I'm paying attention

15   to now and I wanted to have this discussion, I've outlined the

16   basic elements of it that I think will not be departed from

17   unless I find that something has been missed and I have to call

18   you back in again to announce the oral dimension of this

19   sentence.  But that's the sentence that's going to be imposed.

11:58 20       I started by saying I'm told that a treasurer's check

21   has been delivered to the finance office, and of course that

22   will be reviewed here as part of the defendant's

23   responsibilities.  But in any event, moving back on that

24   question -- Ms. Beatty?

25        I think we're going to have to take a break now with

 1  respect to this while we clarify one aspect of this.

 2          (Recess taken 12:00 p.m. - 12:10 p.m.)

 3          THE COURT:  Well, the short of it is I think we have

 4  to pretermit this sentencing and frankly reformulate it a bit

 5  as a matter of pretrial release violation, potentially.  The

 6  financial department of the clerk's office was contacted just

 7  earlier this morning by the bank that issued the treasurer's

 8  check here saying that certain of the funds that underlie it

 9  appear not to have been -- in the form of checks, not to have

12:13 10  had the funds available.

11          What that means, I don't know, and I think that the

12  proper way to deal with it is to do several things.  First, to

13  impose as further conditions of pretrial release matters that

14  we've discussed already.  That is, the defendant will be under

15  home confinement and all of those issues having to do with the

16  electronic monitoring.  So I intend to impose all of those

17  conditions.  You can discuss them as you wish at a later point.

18  But right now they're in place.  That includes, as I've

19  indicated, the right of the government to pursue deposition.

12:14 20  That may be something that, after reflection, the defendant

21  wants to think about and challenge as a condition of pretrial

22  release, but I'm not going to impose the sentence yet until we

23  get to the bottom of this issue.  So that's the first part.

24          The second part is that this is something that I will

25  look to the government and the probation office to see whether

1   or not they wish to pursue it as a pretrial release matter.

2   The finance department here will provide the names of the

3   people who they had to deal with or who reached out to them,

4   and they'll go from there.  The finance department here, as far

5   as I'm concerned, is simply the recipient of information from a

6   third party concerned about having issued a treasurer's check

7   with insufficient funds in it to support the check.  And we'll

8   see what that generates here.

9        But under these circumstances, I'm certainly not going

12:16 10   forward with the actual sentence in this case.  If there is a

11   pretrial release violation, we'll take it up as a pretrial

12   release violation on the conditions that existed at the time.

13   In order to ensure that there's no further problem, we'll use

14   the new conditions that we've imposed as additional conditions

15   of pretrial release, including of course home detention.  But

16   I'm not sure that there's much else to say at this point until

17   we've gotten further information developed here by probation

18   and by the prosecution here.

19        Mr. Moran, do you have anything that you wanted to --

12:17 20        MR. MORAN:  No, Your Honor.  I think -- I communicated

21   with Special Agent Coke who is in the room, and I think she's

22   prepared to pick up the information.  I agree with you, Your

23   Honor, that there seems to be no reason to involve court staff.

24   We can pick up the information.

25        THE COURT:  To the degree that court staff may be

1   involved, I want to know about it ahead of time.  I don't

2   believe that it's necessary.  It's not that I'm protecting

3   court staff.  It's simply that I recognize that they are simply

4   the recipients of information that they want to pass on, and

5   they promptly brought it, as you saw, to Ms. Beatty's attention

6   during the course, right at the end of the hearing here which

7   is when they were able to get as much information as they

8   could.

9          MR. MORAN:  I agree.  And on a separate matter we

12:17 10   made --

11          THE COURT:  I'm sorry, I didn't --

12          MR. MORAN:  If I may?

13          THE COURT:  Yes, please.

14          MR. MORAN:  We made representations in our status

15   report regarding our next efforts.  We intend to take those as

16   a separate track.

17          THE COURT:  Right.

18          MR. MORAN:  I was conferring with Ms. Head.  If we

19   need to issue subpoenas, I think we should be able to do that,

12:18 20   but if we need further order from the court, we'll follow up.

21          THE COURT:  Yeah.  This is now wait until --

22          MR. MORAN:  I think Ms. Head informs me, and I tend to

23   agree, if you enter the preliminary order of forfeiture, that

24   would assist us if we need to issue some process.

25          THE COURT:  It may.  And there has not been an

1    opposition to the preliminary order of forfeiture.

2           MS. MINER:  No, Your Honor.

3           THE COURT:  So I will be entering the preliminary

4    order of forfeiture.  I suspect however that there is some

5    uncertainty about exactly how broad the subpoena authority is

6    under that with respect to certain nonparties, and I would

7    anticipate or at least my focus right now is on the court's

8    authority to issue subpoenas with respect to violations of

9    pretrial release, which is a separate grounds for subpoenas to

12:19 10   support whatever effort is undertaken.

11           And while I can't really sort through at this time who

12    would be the lead investigative agency, there is an

13    investigative agency, the FBI, that's interested.  And I would

14    assume that they'll take the laboring oar here unless there's

15    some jurisdictional issue that's created between the marshals

16    and others here.

17           MR. MORAN:  I agree, Your Honor.  And should issues

18    arise, I think we'd be able to work them out.  If not, of

19    course we would let Your Honor know.

12:20 20          THE COURT:  What I'm going to do is I'm going to keep

21    this myself.  It won't go to the magistrate now, which would be

22    the ordinary course for this sort of thing, until we get a

23    handle on this.

24           MS. MINER:  Your Honor, if I just may say one thing.

25    The intent was obviously, as I said in my arguments two days

1    ago, that he had been collecting all of the money that came in,

2    and the idea was to give it all to probation for restitution.

3    I believe the number that was given was given by the bank.  In

4    my experience, one of the reasons we required -- I required a

5    treasury check was because the bank normally verifies that

6    there is money before they issue the bank check.

7         THE COURT:  Well, whatever the responsibility of the

8    bank to its stakeholders and its insurer is a problem for the

9    bank.

12:21 10         MS. MINER:  I understand, Your Honor.  I just wanted

11   to tell you how it happened.

12         THE COURT:  We have a treasurer's check, presumably

13   can be negotiated, and the concern is that it will have further

14   ramifications if it is in this fashion.  So we want to try to

15   deal with this as promptly as possible.

16         MS. MINER:  Absolutely.  I just wanted to clarify how

17   the amount was come up with, which was by the bank.

18         THE COURT:  I think I understand that.  I think it

19   will become clear to everybody how that was done.  The question

12:21 20   is the underlying activity and the defendant's awareness of any

21   underlying activity, if that's an issue in this case.

22         So I don't prejudge anything like this, except to note

23   that it's been brought to my attention and you'll I'm sure

24   advise the defendant about his various rights and assert them

25   as you deem necessary in this case.  But we're right at the

1    point, as I said, where a lot of thought was given to those

2    conditions of supervision.  They're now conditions of

3    supervision for pretrial purposes because we hadn't reached

4    final trial purposes.

5         The check itself which was passed to me I'm going to

6    pass to Ms. Beatty and she will give it to the finance

7    department, and then as necessary it can be recovered or copies

8    can be made or whatever is necessary here just to maintain the

9    chain of custody with respect to it.

12:22  10         I would only add one further point, which is the

11   defendant may not now or through his representatives have

12   contact with the bank.  The development of this has to be an

13   independent investigation until we get a little bit farther.

14   And if that compromises the defendant's position in the future,

15   I'll reconsider it.  But right now there should be no contact

16   with the bank by the defendant.  Understood?

17         MS. MINER:  Yes, Your Honor.

18         THE COURT:  That goes for the defendant and any

19   representative --

12:23  20         MS. MINER:  I understand, I get it.

21         THE COURT:  Well, yes, but I want to be sure that

22   nobody's missing the implications of all of this and the record

23   is clear with respect to it.

24         So we will be in recess on this matter, and when the

25   parties have something to bring back to me, we'll deal with it.

```
 1    I would hope that we will be able to at least have a
 2    preliminary view about where we're going on this by next week
 3    here, recognizing of course that, as always happens, it's I
 4    think a rule of procedure in the court that things like this
 5    happen on Fridays before long weekends, which makes life more
 6    difficult, but we'll all try to work it through, okay?
 7           So the defendant will have to sign conditions of
 8    pretrial release, modified conditions of pretrial release, and
 9    we'll try to get those done promptly.  Okay.
10           MR. MORAN:  Thank you, Your Honor.
11           MS. MINER:  Thank you, Your Honor.
12           (Adjourned, 12:23 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                   CERTIFICATE OF OFFICIAL REPORTER

2

3              I, Kelly Mortellite, Registered Merit Reporter

4     and Certified Realtime Reporter, in and for the United States

5     District Court for the District of Massachusetts, do hereby

6     certify that the foregoing transcript is a true and correct

7     transcript of the stenographically reported proceedings held in

8     the above-entitled matter to the best of my skill and ability.

9                        Dated this 14th day of January, 2023.

10

11                   /s/ Kelly Mortellite

12                   _____

13                   Kelly Mortellite, RMR, CRR

14                   Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25