UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 18-CR-10399-WGY |
| ) | |
| BRIAN R. WALSHE,   ) | |
| Defendant.   ) | |

## FINAL ORDER OF FORFEITURE

**YOUNG, S.D.J.**

WHEREAS, on July 12, 2023, in connection with the charges against defendant Brian R. Walshe (the "Defendant"), this Court issued a Preliminary Order of Forfeiture for Substitute Assets in Partial Satisfaction of Order of Forfeiture (Money Judgment) against the following property, which is subject to forfeiture as substitute assets, that can be applied toward satisfaction of the Defendant's outstanding $225,000 forfeiture money judgment, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b), incorporating 21 U.S.C. § 853(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure:

    a.    $4,766.54 seized from JPMorgan Chase Bank, N.A. Account No. *****9793, held in the name of Level 4 Coaching LLC on or about March 2, 2023; and

    b.    $3,075.83 seized from Rockland Trust Bank, in or on behalf of a business account held in the name of Moorecroft Delano Reza, LLC (TIN: 87-0893563), Account No. ******1773 on or about May 2, 2023

(collectively, the "Currency");

WHEREAS, notice of the Preliminary Order of Forfeiture for Substitute Assets in Partial Satisfaction of Order of Forfeiture (Money Judgment) was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on July 13, 2023, and ending on August 11, 2023; and

WHEREAS, no claims of interest in the Currency have been filed with the Court or

served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture for Substitute Assets in Partial Satisfaction of Order of Forfeiture (Money Judgment) is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b), incorporating 21 U.S.C. § 853(p), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Currency are hereby held in default.

4. The United States is hereby authorized to dispose of the Currency in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ William B. Young
WILLIAM G. YOUNG
Senior United States District Judge

Dated: Sept. 19, 2023