UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 18-CR-10399-WGY |
| ) | |
| **BRIAN R. WALSHE** ) | |

**STIPULATION OF FACTS**

The United States Attorney for the District of Massachusetts and the defendant BRIAN R. WALSHE ("WALSHE") hereby stipulate and agree that the following facts are true:

1. On April 1, 2021, WALSHE pled guilty to Counts One, Two and Four. As a result of his conviction, WALSHE submitted to U.S. Probation a collection of forms describing his financial condition, including a Net Worth Statement (Prob Form 48), Monthly Cash Flow Statement (Prob Form 48B), and Prob Form 48D (a summary and certification). On May 16, 2021, WALSHE executed those forms, "declare[ing] under the penalty of perjury that the foregoing information [was] true and correct."

2. On or about September 21, 2018, Thomas Walshe, WALSHE's father, died suddenly in India. WALSHE applied to be and was appointed Personal Representative of his father's estate in the absence of a will. *See* Plymouth County Probate Court docket no. PL18P2434EA (hereinafter, the "Probate Matter"). Thomas Walshe's estate included a house in Hull, Massachusetts, other real estate, bank accounts, and other personal property. According to documents filed by WALSHE in that case, WALSHE estimated the value of his father's real estate at $800,000 and his personal estate at $1,000,000. WALSHE received assets from his father's estate as his personal representative, including bank accounts, which he did not disclose in his financial submission to Probation. WALSHE also received a payment of approximately $40,000

from an insurance policy held by his father, for which he was the beneficiary, which he did disclose to Probation.

3.  In 2019, WALSHE was preparing to sell his father's house in Hull. On April 24, 2019, a friend of Thomas Walshe brought an action in Massachusetts Probate Court to enjoin that sale. *See* Plymouth County Probate Court docket no. PL19E0017QC (hereinafter, the "Equity Matter"). According to an affidavit sworn by Andrew Walshe, WALSHE's cousin and Thomas Walshe's nephew, WALSHE destroyed the original of his father's will, which disinherited WALSHE. WALSHE denied this allegation and did not move forward with the sale at that time. On April 24, 2019, the Equity Matter was dismissed by agreement of the parties.

4.  In the Probate Matter, over WALSHE's objection, a cell phone-photographed copy of Thomas Walshe's will, which had been taken by a friend of Thomas Walshe, was admitted to probate. According to that will, WALSHE was not entitled to any inheritance from his father's estate. The Probate Court appointed Andrew Walshe as Personal Representative for the estate.

5.  As Personal Representative, Andrew Walshe sought to have WALSHE render an Inventory and Accounting of the Thomas Walshe estate for the period when WALSHE was Personal Representative. In addition, on June 9, 2022, Judge Woodlock ordered WALSHE to provide an inventory and account of the estate to the Court. WALSHE has not submitted such documents to the Probate Court or this Court. On October 18, 2022, WALSHE submitted in the Probate Matter an Affidavit as to his Objections on Petition to Render Inventory and Account, in which he said that he had to do many things to marshal and secure the assets of his father's estate, including arranging transport of his father's remains from India and repairing damage from a flood at the Hull house. He said that he was in the process of organizing a full account and intended to file it as soon as complete.

6.  On October 7, 2023, as the Probate Matter was headed toward trial, the Personal Representative moved to dismiss without prejudice the petition to render account. On November 7, 2023, the Probate Court dismissed the petition.

| | |
|---|---|
| BRIAN R. WALSHE | JOSHUA S. LEVY<br>Acting United States Attorney |
| *(signature)*<br>BRIAN R. WALSHE<br>Defendant | By:   /s/ Timothy E. Moran<br>TIMOTHY E. MORAN<br>Assistant U.S. Attorney |
| Date: 2.11.24 | Date: |