UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) Criminal No. 18-CR-10399 - WGY<br>v. )<br>)<br>BRIAN R. WALSHE, )<br>        Defendant )<br>) | |

DEFENDANT BRIAN WALSHE'S NOTICE OF APPEAL

Defendant Brian Walshe hereby appeals to the United States Court of Appeals for the First Circuit the Final Judgment and Commitment Order entered by this Court on September 22, 2021 sentencing him to 37 months of incarceration.

Dated: March 4, 2024

Respectfully submitted,

BRIAN R. WALSHE

By his attorney,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA  02110
Tel (617) 202-5890
tminer@msdefenders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by mail on counsel for the government on March 4, 2024.

>	*/s/ Tracy A. Miner*
>	Tracy A. Miner