# United States Court of Appeals
## For the First Circuit

———————————

No. 24-1219

UNITED STATES,

Appellee,

v.

BRIAN R. WALSHE,

Defendant - Appellant.

———————————

**MANDATE**

Entered: September 3, 2025

In accordance with the judgment of August 11, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Carol Elisabeth Head
Donald Campbell Lockhart
Philip Mallard
Tracy A. Miner
Timothy E. Moran
Kunal Pasricha
Megan Anne Siddall
Brian R. Walshe